UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*filed in open court 1/7/05 (BR)*

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 05-10003-NMG
)
ARTHUR GIANELLI, )
DENNIS ALBERTELLI, )
FRANK IACABONI, and )
DEEB HOMSI )
)
Defendants. )

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, through the undersigned attorneys, does hereby move to unseal the instant indictment. In support of this motion, the United States states that the defendants have been taken into custody and that, therefore, there is no purpose served by the continued sealing of the indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Fred M. Wyshak, Jr.

FRED M. WYSHAK, JR.
MICHAEL L. TABAK
Assistant U.S. Attorneys

1/7/05
allowed
[signature]