AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Arthur Gianelli

**WARRANT FOR ARREST**

CASE NUMBER: 05-10003-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Arthur Gianelli___
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy, Arson, Conspiracy to Commit Hobbs Act Extortion, Attempted Extortion and Interstate Travel in Aid of Racketeering.

RECEIVED
2005 JAN -5 P 3:30
U.S. MARSHALS SERVICE
WORCESTER, MA

in violation of Title ___18___ United States Code, Section(s) 371, 844, 1951 A __ 1952

F. Dennis Saylor IV
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

U.S. District Judge
Title of Issuing Officer

1/5/05  Worcester, MA
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Lynnfield, MA

| DATE RECEIVED 1-5-05 | NAME AND TITLE OF ARRESTING OFFICER T. Beranson, SDUSM for ATF | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 1-07-2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Arthur Gianelli

ALIAS:

LAST KNOWN RESIDENCE: 420 Main Street, Lynnfield, Massachusetts

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1957

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1509

HEIGHT:                                              WEIGHT:

SEX:                                                 RACE:

HAIR:                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

Massachusetts State Police, Bureau of Alcohol, Tobacco & Firearms, Internal Revenue Service