AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

Arthur Gianelli

**WARRANT FOR ARREST**

CASE NUMBER: 05-10003-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Arthur Gianelli _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy, Arson, Conspiracy to Commit Hobbs Act Extortion, Attempted Extortion and Interstate Travel in Aid of Racketeering.

in violation of
Title _____18_____ United States Code, Section(s) _371, 844, 1951 and 1952_

Name of Issuing Officer: F. Dennis Saylor IV
Title of Issuing Officer: U.S. District Judge

Signature of Issuing Officer: [signature]
Date and Location: 1/5/05 Worcester, MA

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 1/6/05 | NAME AND TITLE OF ARRESTING OFFICER DUSM Stephen P. Johnson, DUSM Frank Capizzi | SIGNATURE OF ARRESTING OFFICER [signature] |
| --- | --- | --- |
| DATE OF ARREST 1/6/05 | | |

This form was electronically produced by Elite Federal Forms, Inc.