UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FILED
IN CLERKS OFFICE
2005 JAN 21  P 1: 27
U.S. DISTRICT COURT
DISTRICT OF MASS
```

UNITED STATES OF AMERICA    )
                            )
                            )
                            )
v.                          )    Criminal No. 05-10003-NMG
                            )
                            )
                            )
                            )
                            )
DEEB HOMSI, et al.          )
                            )

## NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, Arthur Gianelli

[X] states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

[ ] waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.

_____
Defendant

_____
Attorney for the Defendant

January 20, 2005
**Date**

Richard M. Egbert
99 Summer Street, Suite 1800
Boston, MA 02210
(617) 737-8222