UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ARTHUR GIANELLI | NO. 05-CR-10003-NMG |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the defendant Arthur Gianelli in the above-captioned matter.

Respectfully submitted,

_____/s/ Richard M. Egbert_____
Richard M. Egbert (BBO No. 151800)
The Law Offices of Richard Egbert
99 Summer Street, Suite 1800
Boston, MA 02110
Tel: (617) 737.8222

## **CERTIFICATE OF SERVICE**

I, Richard M. Egbert, do hereby certify that I have served the foregoing Notice of Appearance on AUSA Fred Wyshak, this 2nd day of February 2005.

          /s/ Richard M. Egbert
          Richard M. Egbert