UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-10003-NMG |
| ) | |
| ARTHUR GIANELLI, ) | |
| JOSEPH YERARDI, JR., ) | |
| DENNIS ALBERTELLI A/K/A "FISH," ) | |
| SALVATORE RAMASCI A/K/A "LEFTY," ) | |
| RANDY ALBERTELLI, ) | |
| GISELE ALBERTELLI, ) | |
| RAFIA FEGHI A/K/A RAFIA YERARDI, ) | |
| TONY DANIELS A/K/A "SONNY," ) | |
| FRANK IACABONI, ) | |
| DEEB HOMSI, ) | |
| TODD WESTERMAN, ) | |
| ENEYDA GONZALEZ RODRIGUEZ, and ) | |
| WESHTOD CONSULTANTS A/K/A ) | |
|     WESHTOD CONSULTORES S.A. ) | |
| ) | |
| Defendants. ) | |

GOVERNMENT'S MOTION TO UNSEAL

The United States of America, through the undersigned attorneys, does hereby move to unseal the instant indictment. In support of this motion, the United States reports that several of the defendants have been taken into custody and that, therefore, there is no purpose served by the continued sealing of the indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRED M. WYSHAK, JR.
MICHAEL L. TABAK
Assistant U.S. Attorneys

4-11-05
allowed