

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

*Main Reception: (617) 748-3100*     John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

April 25, 2005

Lisa Roland
Clerk to the Honorable Charles B. Swartwood
595 Main Street
Suite 404
Worcester, MA 01608

    Re:  <u>U.S. v. Arthur Gianelli, et al.</u>
          Crim. No. 05-10003-NMG

Dear Lisa:

    Could you please order for me copies of the transcripts of the detention hearings that were held before Magistrate Judge Swartwood on 1/11/05 (re: Arthur Gianeli, et al.) And 4/21/05 (re: Joseph Yerardi, et al.).

    If you have any questions, please call Terri Fahey at 617-748-3205

                            Sincerely,

                            Fred M. Wyshak, Jr.
                            FRED M. WYSHAK, JR.
                            Assistant U.S. Attorney