AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

*filed in open court 5/19/2005*

DISTRICT OF

UNITED STATES OF AMERICA

V.

ARTHUR GIANELLI,
Defendant

## WARRANT FOR ARREST

CASE NUMBER: Crim. No. 05-10003-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ARTHUR GIANELLI
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    Order of court    Violation Notice    Probation Violation Petition

charging him or her with (brief description of offense)
violation of conditions of release

RECEIVED U.S. MARSHALS SERVICE WORCESTER, MA 2005 MAY 18 P 3:05

in violation of Title    18    United States Code, Section(s)  3148(b)

Charles B. Swartwood III
Name of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

5-18-05 at Worcester, MA.
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  420 Main St Lynnfield, MA

| DATE RECEIVED 5-18-05 | NAME AND TITLE OF ARRESTING OFFICER  Pasquale Russollilo | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5-18-05 | | |

This form was electronically produced by Elite Federal Forms, Inc.