UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ARTHUR GIANELLI | NO. 05-CR-10003-NMG |

MOTION TO CONTINUE DETENTION HEARING

Now comes the defendant in the above-captioned matter and, in the interest of justice, respectfully requests this Honorable Court to continue the Detention Hearing currently scheduled for May 24, 2005 at 3:00 p.m.

The defendant's counsel is currently engaged in an ongoing trial before the Honorable Judge Douglas Woodlock in the United States District Court for the District of Massachusetts. Said matter will most likely continue through the first week of June 2005.

        Respectfully submitted,
        Arthur Gianelli, Defendant,
        by his counsel,


        __/s/ Richard M. Egbert_____
        Richard M. Egbert. BBO# 151800
        Law Offices of Richard M. Egbert
        99 Summer Street, Suite 1800
        Boston, Massachusetts 02110
        Telephone: 617-737-8222
        Fax: 617-737-8223

**CERTIFICATE OF SERVICE**

  I, Richard M. Egbert, do hereby certify that I have electronically filed this document with the Court and electronically served same on AUSA Fred Wyshak and AUSA Michael Tabak, this 23 rd day of May 2005.

                  /s/ Richard M. Egbert
                 Richard M. Egbert