# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
            v.                 )     CRIMINAL ACTION
                               )     NO. 05-10003-NMG
ARTHUR GIANELLI,               )
DENNIS ALBERTELLI,             )
FRANK IACABONI,                )
DEEB HOMSI,                    )
          Defendants,          )
_____)
```

## STATUS REPORT
### June 22, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1.   Discovery

This case involves voluminous discovery including approximately 2200 pages of wire tap and search warrant related affidavits, applications and orders.  Counsel for the Defendants have requested an extended period within which to complete their review of the discovery produced by the Government and to have that discovery reviewed by their clients.  I have granted that request.

2.   Further Status Conference

A further status conference shall be held in this case on September 21, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main

Street, Worcester, Massachusetts.

3.    <u>Excludable Time</u>

Without objection from counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 21, 2005 (date of expiration of prior order of excludable time) through September 21, 2005 (date by which Defendants and their counsel will have completed their review of discovery produced by the Government in this case).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, November 30, 2005</u>.



<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE