UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 05-10003-NMG
ARTHUR GIANELLI,               )
        Defendants,            )
_____)
```

ORDER
July 6, 2005

**SWARTWOOD, C.M.J.**

Mr. Gianelli is currently being held at the Wyatt Detention Center in Central Falls, Rhode Island, ("Wyatt") pending a hearing on the Government's motion that his conditions of release be revoked, pending trial, as the result of his alleged continued criminal activity.

Mr. Gianelli has made an emergency request that he be released from pretrial detention for surgery on his achilles tendon which he injured while playing basketball at Wyatt. Mr. Gianelli has requested that he be released in order that the surgery on his achilles tendon be performed by the surgeon who had previously performed surgery on Mr. Gianelli's other achilles tendon and further requests that he be able to recuperate from surgery at home under whatever conditions this Court deems appropriate. After Mr. Gianelli's recovery is completed, he would then return to this

Court for a hearing on whether his conditions of release should be revoked.

The Government opposes Mr. Gianelli's release from pretrial detention on the grounds that: (i) the required surgery on Mr. Gianelli's achilles tendon can adequately be performed by a surgeon at a Rhode Island hospital; (ii) Mr. Gianelli's post-surgery convalescence can be accommodated at Wyatt; and (iii) there are no conditions that could be imposed that would assure that Mr. Gianelli would not continue to engage in criminal activity while on release.

After hearing, I have determined that Mr. Gianelli should be temporarily released from pretrial detention for the purposes of having him examined by the surgeon who had previously performed surgery on Mr. Gianelli's other achilles tendon.  Pending an examination by that surgeon, Mr. Gianelli shall abide by the conditions of release which I previously imposed on him, except that, he shall not be required to report to Pretrial Services in person and, in addition, shall: (i) be subject to house arrest, with electronic monitoring, and shall be permitted to leave only for medical emergencies, scheduled medical appointments (with prior notice to Pretrial Services) and scheduled court appearances (with prior notice to Pretrial Services); and (ii) he shall notify Pretrial Services and this Court daily, by telephone, of the status of his medical condition.  If Mr. Gianelli's surgeon recommends

surgery, then following surgery, until further Order of this Court, he may be returned to his residence for post-surgery convalescence under the same conditions of release previously imposed by this Court (other than the conditions that he report to Pretrial Services in person) and the following additional special conditions:

1. Mr. & Mrs. Gianelli shall consent to an Order permitting the Government to intercept and monitor all incoming and outgoing telephone calls;

2. There shall be no computers or cell phones in the residence as long as Mr. Gianelli is recuperating from his surgery;

3. Mr. Gianelli shall be under house arrest subject to electronic monitoring and shall be permitted to leave only for medical emergencies, scheduled medical appointments (with prior notice to Pretrial Services) and scheduled court appearances (with prior notice to Pretrial Services); and

4. Mr. Gianelli shall provide Pretrial Services with a weekly update of his medical condition, _provided_, _further_ that Mr. Gianelli shall inform Pretrial Services and this Court within 24 hours of being placed in a weight bearing cast or otherwise given medical clearance to walk while placing weight on the leg injured at Wyatt.

If Mr. Gianelli's surgeon does not recommend surgery, then Mr. Gianelli shall so notify this Court and a further hearing will be held to determine the state of Mr. Gianelli's release.

/S/CHARLES B. SWARTWOOD, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE