July 8, 2005

Honorable Nathaniel M. Gorton
United States District Judge
John Joseph Moakley United States Courthouse
Boston, Massachusetts 02210

  Re: United States v. Arthur Gianelli
    Criminal No: 055-10003-NMG

Dear Judge Gorton:

  With regard to the Government's submission of conditions, the following is my response.

  As to Number 1, the defendant does not object, except by way of this letter I am submitting a list of persons who I ask the Court deem approved by this Order. The list consists solely of family members, friends of the Gianelli children and a house cleaner. I ask that they be approved by this order, so that the lives of the Gianelli children and Mrs. Gianelli are not unfairly disrupted.

  As to Number 2, we object to this portion of the Government's submission only because Mr. Gianelli ought to be permitted to be on any portion of the premises which the electronic monitoring permits. I do not think it to be unreasonable to say that sometimes some outdoor fresh air and sunlight aids in one's health and full recovery. In fact, were he in a BOP facility, it might be considered an 8th Amendment violation to deny him fresh air and sunshine. These conditions are not meant to be "punishment".

  The defendant has no objection to Number 3.

  The defendant objects to Number 4 in that it subjects his family to extraordinary disruption. However, there is no objection to Pretrial Services being authorized, as they are, to do home visits at any time they desire, to ensure compliance with conditions.

2

Thank you for your consideration in this matter.

                                                   Very truly yours,

                                                   /s/ *Richard M. Egbert*

                                                   Richard M. Egbert

RME:mv
Enclosure

**CERTIFICATE OF SERVICE**

     I, Richard M. Egbert, hereby certify that I caused a copy of this document to be served electronically upon the Court and by first class mail, postage paid, to said Court, and Michael L. Tabak and Fred M. Wyshak, Jr., Assistant United States Attorneys, United States Department of Justice, 1 Courthouse Way, Boston, Massachusetts 02110 on this 8th day of July, 2005.

                                               /s/ Richard M. Egbert
                                               Richard M. Egbert

## GIANELLI VISITORS

1.  Marjorie Moore        Mother-in-Law
2.  Marjorie Moore-Aten   Sister-in-Law
3.  Larry Aten            Brother-in-Law
4.  Elizabeth Connelly    Sister
5.  John Connolly         Nephew
6.  Mark Connolly         Nephew
7.  Michael Connolly      Nephew
8.  Gloria Gianelli       Mother
9.  Michael Gianelli      Brother
10. Carmel Killoran       Aunt
11. Hector                House cleaner
12. Tim Petty             Boyfriend of daughter
13. Joe Keene             Friend of son
14. Christina Stone       Friend of daughter
15. Brittany Lonero       Friend of daughter
16. Christine DeLuca      Friend of daughter