July 8, 2005

Honorable Nathanial M. Gorton
United States District Judge
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02110

  Re: United States v. Arthur Gianelli
    Criminal No: 05-10003-NMG

Dear Judge Gorton:

 I am writing to apologize for my mistake in transcribing the list of Gianelli visitors on behalf of Mr. Egbert. Elizabeth Connelly is the sister-in-law of Mr. Gianelli, not his sister.

 Obviously, we know the government is aware of exactly who she is.

         Very truly,
         Michele Velleman
         By Richard M. Egbert,

         */s/ Richard M. Egbert*

         Richard M. Egbert