United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal No. |
| ARTHUR GIANELLI, | ) 05-10003-NMG |
| | ) |
| Defendant. | ) |

ORDER

**GORTON, J.**

Arthur Gianelli ("Gianelli") is currently being held at the Wyatt Detention Center in Central Falls, Rhode Island ("Wyatt") after a hearing on the government's motion that his conditions of release be revoked. Recently, while playing basketball at Wyatt, he ruptured his achilles tendon. On July 6, 2005, Gianelli filed a motion for temporary release in order that surgery on the tendon could be performed by his preferred surgeon and that he could recuperate at home.

After a hearing on that date, Chief Magistrate Judge Swartwood allowed the motion and entered a four-page order setting forth the conditions of his temporary release. The government immediately filed a motion in this Court seeking reversal of that Order.

On July 7, 2005, a hearing was held before this Court and, at its conclusion, the Court denied the government's motion for

revocation of the Magistrate Judge's order. The Court, however, granted the government until 12:00 p.m. (noon) today, July 8, 2005, to file proposed additional conditions of release and the defendant until 3:00 p.m. to respond. Having considered those submissions, the government's surreply letter of July 8, 2005 (received at 3:00 p.m. today) and the conditions imposed by C.M.J. Swartwood, the following conditions shall apply to the defendant's temporary release:

   1) Gianelli shall be released from pretrial detention for the purpose of having him examined and, if necessary, operated on by the surgeon who had previously performed surgery on his other achilles tendon and, if surgery is performed, to permit him to convalesce at home.

   2) Gianelli shall abide by all conditions of release previously imposed upon him by C.M.J. Swartwood in the Court Order dated January 11, 2005, except that Gianelli shall not be required to report to Pretrial Services in person.

   3) At all times while on release, Gianelli shall be subject to house arrest with electronic monitoring and shall be permitted to leave only for medical emergencies, scheduled medical appointments (with prior notice to Pretrial Services) and scheduled court appearances (with prior notice to Pretrial Services). "House arrest" is meant to restrict Gianelli to whatever portion of his premises (inside or outside) that

electronic monitoring permits.

4) Gianelli shall notify Pretrial Services and this Court (C.M.J. Swartwood's session) daily, by telephone, of the status of his medical condition before any operative procedure is performed.

5) Gianelli and his wife, Mary Ann Gianelli, shall consent to an Order permitting the government to intercept and monitor all incoming and outgoing telephone calls.

6) Gianelli shall consent to an Order authorizing all doctors and other personnel and facilities involved with his medical care to disclose to the government any information the government may seek about his medical condition and treatment.

7) Gianelli and his wife shall consent to permitting the government (including Massachusetts State Police working with the government) to search the house at any time of day or night to determine whether any condition of release has been violated.

8) There shall be no computers or cell phones in the residence while Gianelli is on release.

9) Except for the defendant, his wife Mary Ann Gianelli, their children and mothers and the house cleaner (Hector), no person shall enter the premises except a) medical personnel in medical emergencies and b) others by prior approval of Pretrial Services with sufficient prior notice to the government to afford it a reasonable opportunity to object.

10) Gianelli shall provide Pretrial Services with a weekly update of his medical condition, provided, further that he shall inform Pretrial Services and this Court (C.M.J. Swartwood's session) within 24 hours of being placed in a weight bearing cast or otherwise given medical clearance to walk while placing weight on the leg injured at Wyatt.

11) If Gianelli's surgeon does not recommend surgery, Gianelli shall immediately notify this Court (C.M.J. Swartwood's session) and a further hearing will be held to determine the status of his release.

**So ordered.**

                                                                        /s/ Nathaniel M. Gorton
                                                                       Nathaniel M. Gorton
                                                                       United States District Judge

Dated July 8, 2005