

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

August 15, 2005

Lisa Roland, Clerk
Donahue Federal Bldg.
595 Main Street
Worcester, MA 01608

    Re: <u>United States v. Arthur Gianelli</u>
        Crim. No. 05-100003-NMG

Dear Lisa:

    Could you please order the transcript from July 11, 2005 in the above captioned case.

    If you have any questions, please do not hesitate to call me.

                             Sincerely,

                             THERESA M. FAHEY
                             Paralegal Specialist