UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. <u>05-10003-NMG</u> |
| -v.- | ) | |
| ARTHUR GIANELLI, | ) | |
| Defendant. | ) | |

## ORDER

This matter has come before the Court pursuant to the government's motion to (1) revoke the temporary pretrial release of defendant Arthur Gianelli, pursuant to 18 U.S.C. §3148(b); (2) detain Gianelli pending trial in this case, pursuant to 18 U.S.C. §3148(b); and (3) forfeit Gianelli's bail, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure.

**IT IS HEREBY ORDERED** that defendant Arthur Gianelli shall appear before this Court at the United States Courthouse in Worcester, Massachusetts on September _19_, 2005 at _2_ in the _after_noon to respond to the government's motion.

This Order shall be served upon counsel for Arthur Gianelli.

_____
HON. CHARLES B. SWARTWOOD, III
Chief United States Magistrate Judge

9-16-05
Date