UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                                    NO. 05-CR-10003-NMG

ARTHUR GIANELLI

## EMERGENCY MOTION TO CONTINUE

Now comes Defendant Arthur Gianelli in the above-captioned matter and, in the interest of justice, respectfully requests this Honorable Court to continue the hearing currently scheduled for today, September 19, 2005 at 2:00 p.m.  for the following reasons:

1.  Mr. Gianelli has a single attorney of record:  Richard Egbert.

2.  Mr. Egbert is currently outside the country on his honeymoon and is therefore unable to attend the hearing.

3.  Mr. Egbert will not be available until Thursday, September 22, 2005.

4.  Patricia DeJuneas is the only other attorney in Mr. Egbert's office.

5.      Ms. DeJuneas does not have an appearance in this

case, nor is she familiar with the underlying facts or

procedural history of this case.

WHEREFORE, Defendant Arthur Gianelli respectfully requests that this matter be

continued until September 22, 2005 or later.

Respectfully submitted,
Arthur Gianelli, Defendant,
by his counsel,

Patricia.DeJuneas_____
Patricia DeJuneas BBO # 652997
Richard M. Egbert. BBO # 151800
Law Offices of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
Telephone: 617-737-8222
Fax: 617-737-8223

## CERTIFICATE OF SERVICE

I, Patricia A. DeJuneasRichard M. Egbert, do hereby certify that I have
electronically filed this document with the Court and electronically served same on
AUSA Michael Tabak, this 19th day of September 2005.

 /s/ Patricia A. DeJuneas
Patricia A. DeJuneas