UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR A ) <br> COURT SUBPOENA TO JAMES CASTELLANO ) | M.J. No. <br> 05-10003-NMG |

## APPLICATION

The United States of America, by Assistant U.S. Attorney MICHAEL L. TABAK ("Applicant"), applies to the Court pursuant to Rule 17 of the Federal Rules of Criminal Procedure for a subpoena ordering James Castellano to appear and testify before the Court on September 27, 2005 at 3 p.m. in the above-captioned matter. In support of this application, your Applicant states as follows:

1. Applicant is an "attorney for the Government" as defined in Rule 1(b)(1)(B) of the Federal Rules of Criminal Procedure.

2. Arthur Gianelli is a defendant in the pending indictment *United States v. Gianelli, et al.*, Criminal No. 05-10003-NMG, which charges Gianelli with racketeering, arson, and other crimes.

3. On September 16, 2005, Massachusetts State Police Trooper Pasquale Russolillo submitted an affidavit to the Court, in paragraph 31 of which Trooper Russolillo summarized some information that a particular witness had provided to Trooper Russolillo.

4. At the hearing before the Court on September 23, 2005, Trooper Russolillo testified on direct examination about what that witness had said. Trooper Russolillo was cross-examined about that testimony by counsel for defendant Arthur Gianelli. During cross-examination, the witness was revealed to be James Castellano.

5. Mr. Castellano was recontacted today, and answered questions about matters that were raised during cross-examination on September 23, 2005.

Page 2 of 2

6. The government respectfully submits that it is important that the Court hear testimony directly from James Castellano, who can provide material testimony with regard to the motion currently pending before the Court.

7. Mr. Castellano's testimony should take only a few minutes.

8. WHEREFORE, it is respectfully requested that the Court approve the proposed Court subpoena directing James Castellano to appear and testify before the Court at 3 p.m. on September 27, 2005.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2005.

*[signature]*
MICHAEL L. TABAK
Assistant U.S. Attorney

Form No. USA-33s-220-Court Subpoena (Gov't)

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TO    JAMES CASTELLANO

GREETINGS:

    WE COMMAND YOU that all and singular business and excuses being laid aside, you and each of you appear and attend before the Judge of the District Court of the United States for the District of Massachusetts, at a District Court to be held in Courtroom No. 1 (Fifth Floor) in the United States Courthouse, Donohue Federal Building, 595 Main Street, Worcester, MA, in and for the said District of Massachusetts, on the 27th day of September, 2005, at 3:00 in the afternoon, to testify and give evidence in a certain cause now pending in said Court and then and there to be tried between the United States of America, Plaintiff, and Arthur Gianelli, et al., Defendant(s), on the part of the United States, and not depart the Court without leave thereof, or of the United States Attorney.

    And for failure to attend you will be deemed guilty of contempt of Court and liable to penalties of the law.

    Dated:    Worcester, Massachusetts

              September ___, 2005

SO ORDERED: _____
        HON. CHARLES B. SWARTWOOD, III
        Chief U.S. Magistrate Judge


                                                                          Clerk.

MICHAEL J. SULLIVAN
United States Attorney for the
District of Massachusetts.

NOTE: Report to the U.S. Attorney's Office. In order to secure your witness fees and mileage, it is necessary that you retain this Subpoena and present the same at the United States Attorney's Office upon each day on which you attend Court as a witness.

MICHAEL L. TABAK                                         Suite 9200
Assistant United States Attorney               John Joseph Moakley U.S. Courthouse
Telephone: 617-748-3203                          Boston, Massachusetts 02110