Form No. USA-33s-220-Court Subpoena (Gov't)

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TO     JAMES CASTELLANO

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you and each of you appear and attend before the Judge of the District Court of the United States for the District of Massachusetts, at a District Court to be held in Courtroom No. 1 (Fifth Floor) in the United States Courthouse, Donohue Federal Building, 595 Main Street, Worcester, MA, in and for the said District of Massachusetts, on the 27th day of September, 2005, at 3:00 in the afternoon, to testify and give evidence in a certain cause now pending in said Court and then and there to be tried between the United States of America, Plaintiff, and Arthur Gianelli, et al., Defendant(s), on the part of the United States, and not depart the Court without leave thereof, or of the United States Attorney.

And for failure to attend you will be deemed guilty of contempt of Court and liable to penalties of the law.

Dated:  Worcester, Massachusetts
        September 26, 2005

SO ORDERED: _____
HON. CHARLES B. SWARTWOOD, III
Chief U.S. Magistrate Judge

                                                                Clerk.

MICHAEL J. SULLIVAN
United States Attorney for the
District of Massachusetts.

NOTE: Report to the U.S. Attorney's Office. In order to secure your witness fees and mileage, it is necessary that you retain this Subpoena and present the same at the United States Attorney's Office upon each day on which you attend Court as a witness.

MICHAEL L. TABAK                          Suite 9200
Assistant United States Attorney          John Joseph Moakley U.S. Courthouse
Telephone: 617-748-3203                   Boston, Massachusetts 02110