✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
| V. Arthur. Gianelli | Case Number: 05-10003-NMG |

| PRESIDING JUDGE<br>SWARTWOOD | PLAINTIFF'S ATTORNEY<br>Wyshak, Tabak | DEFENDANT'S ATTORNEY<br>Egbert |
|---|---|---|
| TRIAL DATE (S)<br>9/23/2005, 9/27/2005 | COURT REPORTER<br>10:29 a, 3:16 p | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 9/23/05 | | | Pasquale Russolillo |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 9/23/05 | X | X | Transcript from Defendant Gianelli's Detention Hearing |
| 2 | | 9/23/05 | X | X | Transcript of Hearing held on 1/25/2005 |
| 3 | | 9/23/05 | X | X | Order Setting Conditions of Release as to Defendant Gianelli |
| 4 | | 9/23/05 | X | X | Affidavit of Trooper Russolillo-SEALED |
| 11 | | 9/23/05 | X | X | Stipulation between parties re: Marshal Dawson's Testimony |
| 5 | | 9/23/05 | X | X | Phone Records from SMDR Dial |
| 6 | | 9/23/05 | | X | Video Tape of Defendant Gianelli |
| 9 | | 9/23/05 | | X | CD of call 2/3/2005 |
| 9a | | 9/23/05 | X | X | Transcript of CD of call-2/3/2005 |
| 10 | | 9/23/05 | | X | CD 2/5/2005 recording of call |
| 10a | | 9/23/05 | X | X | Transcript of call on CD 2/5/2005 |
| 7 | | 9/23/05 | X | X | Notations of Betters |
| 8 | | 9/23/05 | X | X | Spreadsheet of Money |
| 12 | | 9/23/05 | X | X | Transcript of Hearing 7/11/2005 |
| 13 | | 9/23/05 | X | X | Affidavit of Trooper Russolillo 9/16/2005 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  2     Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | vs. | Arthur Gianelli | CASE NO. 05-10003-NMG |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 14 | | 9/23/05 | X | X | Cell Phone found in the Garage Charging |
| 15 | | 9/23/05 | X | X | Telephone numbers associated with cell phone (Exh. 14) |
| 16 | | 9/23/05 | X | X | Letter from Mr. Yerardi to Mr. Gianelli |
| 17 | | 9/23/05 | X | X | Handwirtten note |
| 18 | | 9/23/05 | X | X | Envelope with notations on back, Handwritten Letter enclosed |
| | 17a | 9/23/05 | X | X | Handwritten notes on a small piece of paper |
| | A | 9//27/05 | X | X | North Suburban Orthopedic Associates |

Page  2   of   2   Pages