UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No: 05-10003-NMG |
| ) | |
| ARTHUR GIANELLI, et al ) | |

MOTION TO CONTINUE HEARING

Now comes the defendant in the above-captioned matter and respectfully requests this Honorable Court continue the hearing presently scheduled for Monday, December 19, 2005 at 10:00 a.m. As grounds therefore, the defendant states as follows:

1) Through a failure of communication in my office, I did not become aware the Hearing was scheduled until this week; and

2) Due to time constraints, I have not been able to meet with Mrs. Gianelli, nor have I been able to assist her in obtaining an attorney to represent her interests above, which she surely needs.

WHEREFORE, the defendant seeks to continue the Hearing currently scheduled for December 19, 2005 to January 4, 2006 at 2:30 p.m.

    Respectfully submitted,
    Arthur Gianelli, Defendant
    By his attorney,

    /s/ Richard M. Egbert
    Richard M. Egbert, Esq. BBO: 151800
    Law Offices of Richard M. Egbert, PC
    99 Summer Street, Suite 1800
    Boston, Massachusetts 02110
    (617) 737-8222

Dated: December 15, 2005

CERTIFICATE OF SERVICE

    I, Richard M. Egbert, do hereby certify that I caused a copy of the above to be served upon Michael Tabak, Assistant United States Attorney, by fax and by first class mail, postage prepaid, on this 15th day of December, 2005.

                                          /s/ Richard M. Egbert
                                            Richard M. Egbert