

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

January 6, 2006

Ms. Lisa Roland
Clerk to the Honorable Charles B. Swartwood
United States District Court
595 Main Street, Suite 404
Worcester, MA 01608

      Re:    U.S. v. Gianelli, et al.
              Crim. No. 05-10003-NMG

Dear Ms. Roland:

      Please order for the government a copy of the transcript of the bond forfeiture hearing that was held before Chief Magistrate Judge Swartwood on January 4, 2006.

      If you have any questions, please call me at (617) 748-3203.

      Thank you very much.

                                                  Sincerely,

                                                  /s/ Michael L. Tabak
                                                  MICHAEL L. TABAK
                                                  Assistant U.S. Attorney