UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ARTHUR GIANELLI,<br>JOSEPH YERARDI, JR.,<br>DENNIS ALBERTELLI A/K/A "FISH,"<br>SALVATORE RAMASCI A/K/A "LEFTY,"<br>RANDY ALBERTELLI,<br>GISELE ALBERTELLI,<br>RAFIA FEGHI A/K/A RAFIA YERARDI,<br>FRANK IACABONI,<br><br>Defendants. | Criminal No. 05-10003-NMG |

### ORDER REGARDING WIRETAP LOGS

The government has previously produced to the defendants in this case copies of state court electronic surveillance orders from October 31, 2003 to February 25, 2004; the related applications, affidavits, monitoring instructions, and returns; and recordings of conversations intercepted pursuant to those orders, as well as preliminary transcripts of some of those conversations.

The government has voluntarily agreed to provide the defendants with a copy of the logs created by the Massachusetts State Police with regard to the above-described wiretaps, if this Court imposes certain conditions restricting the use of those logs by the defendants. Further, this Court has been advised that the defendants assent to those conditions. Accordingly, for good cause shown,

**THE COURT HEREBY ORDERS** that the same restrictions shall apply to the aforementioned logs as would apply to preliminary transcripts under Local Rule 116.4(B)(2).

**IT IS FURTHER ORDERED** that all restrictions and requirements imposed by the Protective Order that was previously entered in this case on June 21, 2005 shall also apply to the above-described logs.

_____
HON. TIMOTHY S. HILLMAN
United States Magistrate Judge

4/03/06
Date