UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | **CRIMINAL NO. 05-10003-NMG** |
| ) | |
| **ARTHUR GIANELLI  ET AL.**   ) | |

**NOTICE OF APPEARANCE**

Please enter the undersigned's appearance as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

Dated: 4/20/06      By:   /s/ John A. Wortmann, Jr.
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3207