# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-10003-NMG** |
| ARTHUR GIANELLI, ET AL, | ) | |
| Defendants, | ) | |

## STATUS REPORT
### June 29, 2006

**HILL MAN, M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

The parties represent that the automatic discovery obligations have been completed. Additionally, the Government has provided preliminary transcripts of wire tap logs, and surveillance reports from November of 2003. There is a voluminous amount of discovery material. The government represents that are seeking a superseeding indictment which hopefully will be returned in July. The defendants have requested an additional 45 days to sent their joint discovery letter to the government. The government reqests that the defendants only be given an additional 14 days. I will grant the defendants request. The defendants shall have until August 14, 2006 to file their joint discovery letter. The government shall have until September 5, 2006 to respond.

3.    <u>Further Status Conference</u>

A further status conference will be held in this case on August 24, 2006, at 10:00 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.  **It will be necessary for all counsel to appear in person for this status conference or if you are unable to appear, to appoint other counsel to represent you at this conference.**

    4.    Excludable Time

At the request of the Government and without objection from counsel for the parties, I am excluding from the provisions of the Speedy Trial Act, the period from June 27, 2006 (date of the last status conference) to and including August 24, 2006 (date of next status conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before November 2, 2006.

    /s/Timothy S. Hillman
    TIMOTHY S. HILLMAN
    MAGISTRATE JUDGE