


filed by Sandi Lemanski on 04/14/06

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 05-10003-NMG |
|---|---|
| DEFENDANT(s)<br>ARTHUR GIANELLI, et al., | TYPE OF PROCESS<br>Restraining Order |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
**Essex Southern District Registry of Deeds**

Address (Street or RFD / Apt. # / City, State, and Zip Code)
**36 Federal Street, Salem, MA 01970**

Send NOTICE OF SERVICE copy to Requester:
KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.
Number Of Parties To Be Served In This Case.
Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please record the attached Restraining Order at the above-named entity. The property being restrained is 420 Main Street, Lynnfield, MA. For Title to the property, see Quitclaim Deed recorded at Book 16986, Page 591.

LJT x3364

| Signature of Attorney or other Originator requesting service on behalf of<br>*Kristina E. Barclay/LJT* [X] Plaintiff [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>March 2, 2006 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date<br>10/1/06 |
|---|---|---|---|---|

I hereby Certify and Return That [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency | | |

REMARKS: SA Sandi Lemanski filed RO on 4/14/06

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY