

## Department of the Treasury
*Federal Law Enforcement Agencies*

### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 05-10003-NMG |
|---|---|
| DEFENDANT(s)<br>ARTHUR GIANELLI, et al., | TYPE OF PROCESS<br>Restraining Order |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>**Canine Entertainment Corporation, d/b/a Big Dog Sports Grille** |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>**325 Broadway, Lynnfield, MA 01940** |

| Send NOTICE OF SERVICE copy to Requester:<br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Restraining Order upon the above-named individuals by certified mail, return receipt requested.

LJT x3364

| Signature of Attorney or other Originator requesting service on behalf of<br>*Kristina E. Barclay/LJT*  [X] Plaintiff  [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>March 2, 2006 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date 3/13/06 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, I [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.  *see below*

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served if not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>3/13/06 | Time of Service  8:36  [X] AM  [ ] PM |
| | Signature, Title and Treasury Agency<br>*[signature] Special Agent IRS-CI* | |

REMARKS:  Restraining order sent via certified mail on 3/13/06. Unable to confirm receipt — postcard not returned and USPS track + confirm website indicates info not available.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

**Track & Confirm**   **FAQs**

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 3110 0001 3109 7086

Information for this item is stored in files offline. A proof of delivery record may be available through your local Post Office for a fee.

Restore Offline Details >   Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

