

### Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 05-10003-NMG |
|---|---|
| DEFENDANT(s)<br>**ARTHUR GIANELLI, et al.,** | TYPE OF PROCESS<br>Restraining Order |

| SERVE<br>AT | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>**Richard Egbert, Esquire** |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>**99 Summer Street, Suite 1800, Boston, MA 02110** |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be<br>Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be<br>Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability Times.)

Please serve the attached Restraining Order upon the above-named individual by certified mail, return receipt requested.

LJT x3364

| Signature of Attorney or other Originator requesting service on behalf of: [ X ]Plaintiff [ ]Defendant<br>*Kristina E. Barclay, LJT* | Telephone No.<br>(617) 748-3100 | Date<br>March 2, 2006 |
|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |
|---|---|---|

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | Date<br>*3/13/06* |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served if not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>*3/15/06* | Time of Service [ ] AM [ ] PM<br>*12:00* |
| | Signature, Title and Treasury Agency<br>*SA IRS-CI* | |

| REMARKS: | *confirmation of delivery per USPS Track + confirm website* |
|---|---|

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

 **UNITED STATES POSTAL SERVICE**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 3110 0001 3109 7147
Status: **Delivered**

Your item was delivered at 12:08 pm on March 15, 2006 in BOSTON, MA
02110. A proof of delivery record may be available through your local
Post Office for a fee.

Additional information for this item is stored in files offline.

Track & Confirm

Enter Label/Receipt Number.

Go >

 *Restore Offline Details >* **?** *Return to USPS.com Home >*



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy