

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR No. 05-10003-NMG |
| DEFENDANT(s) | TYPE OF PROCESS |
| ARTHUR GIANELLI, et al., | Restraining Order |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
**Thomas Tuffo, Trustee of the J.T. Lynnfield Trust**

Address (Street or RFD / Apt. # / City, State, and Zip Code)
**550 Washington Street, Apt. 401, Braintree, MA 02184**

Send NOTICE OF SERVICE copy to Requester:
KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.
Number Of Parties To Be Served In This Case.
Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Restraining Order upon the above-named individual by certified mail, return receipt requested.

LJT x3364

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant | Telephone No. (617) 748-3100 | Date March 2, 2006 |
|---|---|---|
| *Kristina E. Barclay* | | |
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | Date 10/13/06 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.) | Date of Service 4:24 | Time of Service [ ] AM [X] PM |
|---|---|---|
| | Signature, Title and Treasury Agency *M.K SA IRS* | |

REMARKS: Delivery confirmation per USPS Track + confirm website

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign in

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 3110 0001 3109 7154**
Status: **Delivered**

Your item was delivered at 4:24 pm on March 30, 2006 in NEW HAVEN, CT 06507. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details >   ?   Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

Go >

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

