

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 05-10003-NMG |
|---|---|
| DEFENDANT(s)<br>**ARTHUR GIANELLI, et al.,** | TYPE OF PROCESS<br>Restraining Order |

| SERVE AT | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property **to Seize**<br>**Countrywide Home Loans, Inc.** |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>**4500 Park Granada, Calabasas, CA 91302-1613** |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be<br>Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be<br>Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Restraining Order upon the above-named entity by **certified mail, return receipt requested.**

LJT x3364

| Signature of Attorney or other Originator requesting service on behalf of<br>*Kristina E. Barclay LJT* | [ X ]Plaintiff<br>[  ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>March 2, 2006 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date 10/13/06 |
|---|---|---|---|---|

I hereby Certify and Return That I [  ] PERSONALLY SERVED, [  ] HAVE LEGAL EVIDENCE OF SERVICE, [ ✓ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[  ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [  ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>3/17/06 | Time of Service<br>6:36 | [ ✓ ] AM<br>[  ] PM |
| | Signature, Title and Treasury Agency<br>*m. K* SA IRS CI | | |

REMARKS: *confirmation of delivery per USPS Track + confirm website*

TD F 90-22.48 (6/96)

□ RETURN TO COURT    □ FOR CASE FILE    □ LEAVE AT PLACE OF SERVICE    □ FILE COPY

 **UNITED STATES POSTAL SERVICE**₍

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 3110 0001 3109 7161**
Status: **Delivered**

Your item was delivered at 6:36 am on March 17, 2006 in WOODLAND HILLS, CA 91365. The item was signed for by L BARROSO. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

*Restore Offline Details >*  (?)    *Return to USPS.com Home >*

 **Track & Confirm**

Enter Label/Receipt Number.

|

*Go >*

---

