# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-10003-NMG** |
| ARTHUR GIANELLI, ET AL, | ) | |
| Defendants, | ) | |

## STATUS REPORT
### November 1, 2006

**HILL MAN, M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

The Defendants have been arraigned on a Superseding Indictment which was returned on September 13, 2006. The Government represents that any additional discovery occasioned by the Superseding Indictment will be delivered to the Defendants within a two week period. The Defendants have requested a sixty day period to evaluate the new discovery material and to prepare and file a joint discovery letter. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference will be held in this case on Wednesday, January 24, 2007, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts. **It will be necessary for all counsel to appear in person for this status conference or if unable to appear, to appoint other counsel to represent them at this proceeding.**

3.      Excludable Time

At the request of the Government and without objection from counsel for the parties, I am excluding from the provisions of the Speedy Trial Act, the period from August 24, 2006 (date of the prior order of excludable time) through and including January 24, 2007 (the date of the next status conference).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Wednesday, April 4, 2007.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE