UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ARTHUR GIANELLI | NO. 05-CR-10003-NMG |

## MOTION TO JOIN DEFENDANT PHILIP PUOPOLO'S MOTION FOR DISCOVERY

Defendant Philip Puopolo filed a Motion for Discovery on February 28, 2007. Because the charges against Mr. Puopolo and Defendant Aruthur Gianelli are substantially similar, Mr. Gianelli respectfully requests that this Honorable Court permit him to join in Mr. Puopolo's Motion.

        Respectfully submitted,
        Arthur Gianelli, Defendant,
        by his counsel,


        /s/ Patricia.DeJuneas_____
        Patricia DeJuneas BBO # 652997
        Richard M. Egbert. BBO # 151800
        Law Offices of Richard M. Egbert
        99 Summer Street, Suite 1800
        Boston, Massachusetts 02110
        Telephone: 617-737-8222
        Fax: 617-737-8223

## **CERTIFICATE OF SERVICE**

  I, Patricia A. DeJuneas, hereby certify that I have electronically filed this Motion with the Court and that it will be sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 5, 2007.


                /s/ Patricia A. DeJuneas
                Patricia A. DeJuneas