UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

NO. 05-10003-NMG

_____

UNITED STATES

v.

DENNIS ALBERTELLI
Defendant

_____

### MOTION TO JOIN CO-DEFENDANT'S MOTION FOR DISCOVERY

Dennis Albertelli, defendant in the above-captioned matter, moves for leave to join the Motion for Discovery (docket number 321), filed by the co-defendant Philip Puopolo.

Respectfully submitted
The defendant Dennis Albertelli
By his attorney

/s/ Charles W. Rankin
_____
Charles W. Rankin
BBO No. 411780
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114
617-720-0011

### CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on March 15, 2007.

/s/ Charles W. Rankin
_____
Charles W. Rankin