# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** **NO. 05-10003-NMG** |
| ARTHUR GIANELLI, ET AL, Defendants, | ) ) ) ) | |

### INTERIM STATUS REPORT
### March 20, 2007

**HILL MAN, M.J.**

The following is an Interim Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

The Defendant, Philip Puopolo, has filed a Motion For Discovery and a Motion For A Bill Of Particulars. That motion was scheduled to be heard on March 15, 2007. The Defendants, Arthur Gianelli, Gisele Albertelli and Rafia Feghi, have joined with Mr. Puopolo in prosecuting that motion. Since the date of the filing of the motion Mr. Puopolo has secured the services of private counsel. That attorney, Robert Goldstein, Esq. has requested a continuance in order to evaluate the voluminous discovery material and to decide whether or not to continue to prosecute the discovery motion. With the assent of all counsel, including counsel for the Government, I have granted that request.

2. <u>Final Status Conference/Discovery Motion Hearing</u>

A final status conference/discovery motion hearing will be held in this case on **May 23, 2007, at 10:00 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States**

**Courthouse, 1 Courthouse Way, Boston, Massachusetts.  It will be necessary for all counsel to appear in person for this status conference or if unable to appear, to appoint other counsel to represent them at this proceeding.**

    3.      Excludable Time

At the request of the Government and with the consent of counsel for the Defendants, I am excluding from the provisions of the Speedy Trial Act, the period from March 15, 2007 (the date of the prior order of excludable time) through and including May 23, 2007 (the date of the final status conference/hearing on discovery motions ).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Wednesday, August 1, 2007.

                                               /s/Timothy S. Hillman
                                               TIMOTHY S. HILLMAN
                                               MAGISTRATE JUDGE