UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ARTHUR GIANELLI | NO. 05-CR-10003-NMG |

**DEFENDANT ARTHUR GIANELLI'S MOTION TO JOIN**
**DEFENDANT PHILIP PUOPOLO'S MOTION FOR DISCOVERY**
**AND FOR RELEASE OF BRADY MATERIALS**

On May 25, 2007, Defendant Philip Puopolo filed a Motion for Discovery on and a Motion for Release of *Brady* Materials. Because the charges against Mr. Puopolo and Defendant Arthur Gianelli are substantially similar, Mr. Gianelli respectfully requests that this Honorable Court permit him to join in Mr. Puopolo's Motion.

Respectfully submitted,
Arthur Gianelli, Defendant,
by his counsel,


/s/ Patricia.DeJuneas_____
Patricia DeJuneas BBO # 652997
Richard M. Egbert. BBO # 151800
Law Offices of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
Telephone: 617-737-8222
Fax: 617-737-8223

## **CERTIFICATE OF SERVICE**

      I, Patricia A. DeJuneas, hereby certify that I have electronically filed this Motion with the Court and that it will be sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 29th day of May, 2007.

                                              /s/ Patricia A. DeJuneas
                                              Patricia A. DeJuneas