# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-10003-NMG** |
| ARTHUR GIANELLI, ET AL, | ) | |
| Defendants, | ) | |
| | ) | |
| | ) | |

## INTERIM STATUS REPORT
### June 25, 2007

**HILL MAN, M.J.**

The following is an Interim Status Report to Gorton, J. to whom this case is assigned:

1.    <u>Discovery</u>

The Defendants have filed Motions For Discovery which this Court heard on June 14, 2007.  Once those discovery motions are ruled upon, the discovery in this case should be complete.  Defendant Puopolo, has secured the services of new counsel and that attorney (Robert Goldstein, Esquire) is in the process of continuing to evaluate the voluminous discovery material. All of the parties have requested a short continuance to evaluate their positions and to determine whether or not to file substantive motions.  I am granting this one final continuance for that purpose and a final status conference will be held in this case on August 8, 2007.

2.    <u>Final Status Conference</u>

A final status conference will be held in this case on August 8, 2007, at 10:00 a.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.  It will be necessary for all counsel to appear in person for this

status conference or if unable to appear, to appoint other counsel to represent them at this proceeding.

       3.    <u>Excludable Time</u>

At the request of the Government and with the consent of counsel for the Defendants, I am excluding from the provisions of the  Speedy Trial Act, the period from May 23, 2007 (the date of the expiration of the prior order of excludable time) through and including August 8, 2007 (the date of the final status conference).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, October 17, 2007</u>.

                                <u>/s/Timothy S. Hillman</u>
                                TIMOTHY S. HILLMAN
                                MAGISTRATE JUDGE