UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br>)<br>ARTHUR GIANELLI, ET AL, )<br>Defendants, )<br>) | CRIMINAL ACTION<br>NO. 05-10003-NMG |

ORDER OF EXCLUDABLE TIME
June 25, 2007

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (h)(8)(A), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 23, 2007 (date of the expiration of the prior order of excludable time) through and including August 8, 2007 (the date of the final status conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE