

U.S. Department of Justice

**Michael J. Sullivan**
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*

*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

June 25, 2007

Hon. Timothy S. Hillman
United States Magistrate Judge
Donohue Federal Building, 595 Main Street
Worcester, MA 01608

                Re:  United States v. Arthur Gianelli, et al.
                    Crim. No. 05-10003-NMG

Dear Judge Hillman:

      The government hereby requests that a transcript of the June 14, 2007 status conference be prepared and provided to the government. The government will, of course, pay for its copy.

      Thank you.

                                 Very truly yours,

                                 MICHAEL J. SULLIVAN
                                 United States Attorney

              By:    /s/ Michael L. Tabak
                      MICHAEL L. TABAK
                      Assistant U.S. Attorney
                      Telephone: 617-748-3203