UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No: 05-10003-NMG |
| ) | |
| ARTHUR GIANELLI, ) | |
| MARY ANN GIANELLI, et al ) | |
| ) | |

JOINT MOTION TO EXTEND TIME TO ANSWER GOVERNMENT'S
MOTION FOR INTERLOCUTORY SALE OF 420 MAIN STREET,
LYNNFIELD, MASSACHUSETTS.

Now come the defendants, Arthur and Mary Ann Gianelli, in the above-referenced matter and respectfully request this Honorable Court grant an extension of time to September 7, 2007 for the submission of their Answer to the Government's Motion for Interlocutory Sale of 420 Main Street, Lynnfield, Massachusetts. As grounds therefore, the defendants state the following:

1. Government's motion presents issues which are novel to undersigned counsel and require research time beyond the normal scope of motion practice.

WHEREFORE, the defendants respectfully request this Court grant an extension of time to September 7, 2007 to answer the Government's motion.

                                            Respectfully submitted,
                                            Defendants, Arthur & Mary Ann Gianelli,
                                            By their attorney,

                                            /s/ Richard M. Egbert
                                            Richard M. Egbert, Esq. BBO: 151800
                                            Law Offices of Richard M. Egbert, PC
                                            99 Summer Street, Suite 1800
                                            Boston, Massachusetts 02110
Dated: 8/2/07                           (617) 737-8222

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 2nd day of August, 2007.

      /s/ Richard M. Egbert
      Richard M. Egbert, Esq. BBO: 151800