UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>V. )<br>)<br>ARTHUR GIANELLI, )<br>MARYANN GIANELLI, )<br>FRANK IACOBONI, )<br>PHILIP PUOPOLO, )<br>DENNIS ALBERTELLI, )<br>RANDY ALBERTELLI, )<br>GISELE ALBERTELLI, )<br>SALVATORE RAMASCI, )<br>RAFIA FEGHI, and )<br>JOSEPH YERARDI. )<br>) | Criminal No: 05-10003-NMG |

## MOTION FOR LEAVE TO FILE MEMORANDUM
## IN EXCESS OF TWENTY PAGES

Defendants respectfully request that this Honorable Court grant them leave to file a memorandum of law in support of their motion to suppress fruits of wiretaps.  A longer memorandum is required in this case because the Magistrate Judge assigned to this case requested that Defendants file a joint motion; the motion concerns a wiretap investigation spanning more than two years; Defendants challenge the lawfulness of twenty-five wiretap warrants in two separate counties; and discovery in this case was voluminous. Defendants anticipate that their collective brief will total approximately 80 pages.

                                              Respectfully submitted,
                                              Defendant, Arthur Gianelli,
                                              By his attorney,

                                              /s/ Patricia A. DeJuneas
                                              Patricia A. DeJuneas, Esquire BBO: 652997

Richard M. Egbert, Esquire BBO: 151800
Law Offices of Richard M. Egbert, PC
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
(617) 737-8222



Respectfully submitted,
Defendant, Philip Puopolo,
By his attorney,

/s/ Robert M. Goldstein
Robert M. Goldstein, Esquire
20 Park Plaza, Suite 903
Boston, MA 02116
(617) 742-9015








Respectfully submitted,
Defendant, Frank Iacaboni,
By his attorney,

/s/ Matthew D. Thompson
Matthew D. Thompson, Esquire

Butters, Brazilian & Small, LLP
One Exeter Plaza
699 Boylston Street
Boston, MA 02116
(617) 367-2600

Respectfully submitted,
Defendant, Mary Ann Gianelli
By her attorney,

/s/ E. Peter Parker_____
E. Peter Parker, Esquire
Law Offices of E. Peter Parker
151 Merrimac Street
Boston, MA 02114
(617) 742-9099

Respectfully submitted,
Defendant, Gisele Albertini,
By her attorney,

/s/ Page Kelley_____
Page Kelley, Esquire
Federal Defenders
408 Atlantic Avenue
Boston, MA 02210
(617) 223-8061

Respectfully submitted,
Defendant, Rafia Feghi,
By his attorney,

/s/ Walter B. Prince
Walter B. Prince, Esquire
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street
Suite 2200
Boston, MA 02114
617-456-8000


Respectfully submitted,

Defendant, Randy Albertelli,

By his attorneys,


/s/ Raymond A. O'Hara___
Raymond A. O'Hara, esquire
1 Exchange Place
Worcester, MA 01608
(508) 831-7551


Respectfully submitted,

Defendant, Joseph Yerardi,

By his attorney

/s/ Deborah DelVecchio

Debra DelVecchio, Esquire

DelVecchio & Hoeseman

15 Front Street

Salem, MA 01970

(978) 740-5999


Respectfully submitted,

Defendant, Dennis Albertelli,

By his attorney

/s/ Charles W. Rankin
Charles W. Rankin, Esquire
Rankin & Sultan
151 Merrimac Street, 2nd Floor
Boston, MA 02114
(617) 720-0011


Respectfully submitted,
Defendant, Salvatore Ramasci,

By his attorney,


/s/ Joseph J. Balliro, Jr.

Joseph J. Balliro, Jr., Esquire
Balliro & Mondano
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8442


Dated: March 19, 2008

# CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 19th day of March, 2008.

/s/ Patricia A. DeJuneas
Patricia A. DeJuneas, Esquire