UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>V. )<br>)<br>ARTHUR GIANELLI ) | Criminal No: 05-10003-NMG |

**DEFENDANT GIANELLI'S MOTION TO JOIN DEFENDANT PUOPOLO'S MOTION TO DISMISS UNCONSTITUTIONALLY VAGUE AND INDEFINITE PREDICATE ACTS AND COUNTS  (Docket # 461)**

Defendant Arthur Gianelli respectfully seeks to join Defendant Puopolo's Motion to Dismiss Unconstitutionally Vague and Indefinite Predicate Acts and Counts (docket # 461).  Gianelli also seeks to add the following:

As for part II of Puopolo's motion, the same reasoning applies to Paragraphs 45(a), 45(c) through (i), and 45(s), as well as to Paragraphs 30(b) and 31(b) and Counts 281 and 283.

As for part III of Puopolo's motion, the same reasoning applies to Count 519.

        Respectfully submitted,
        Arthur Gianelli, Defendant,
        by his counsel,

        /s/ Patricia.DeJuneas_____
        Patricia DeJuneas BBO # 652997
        Richard M. Egbert. BBO# 151800
        Law Offices of Richard M. Egbert
        99 Summer Street, Suite 1800
        Boston, Massachusetts 02110
        Telephone: 617-737-8222
        Fax: 617-737-8223

## **CERTIFICATE OF SERVICE**

      I, Patricia A. DeJuneas, do hereby certify that I have electronically filed this document with the Court and electronically served same on AUSA Fred Wyshak and AUSA Michael Tabak, this 25th day of March 2008.


                                                       /s/ Patricia A. DeJuneas
                                                       Patricia A. DeJuneas