UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | Criminal No: 05-10003-NMG |
| ) | |
| ARTHUR GIANELLI ) | |

**DEFENDANT GIANELLI'S MOTION TO JOIN DEFENDANT PUOPOLO'S MOTION TO DISMISS DUPLICITOUS COUNTS (Document # 460)**

Defendant Arthur Gianelli respectfully seeks to join Defendant Puopolo's Motion to Dismiss Duplicitous Counts (document # 460). Gianelli adds that the same reasoning applies to Count 519.

Respectfully submitted,
Arthur Gianelli, Defendant,
by his counsel,


/s/ Patricia.DeJuneas
Patricia DeJuneas BBO # 652997
Richard M. Egbert. BBO# 151800
Law Offices of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
Telephone: 617-737-8222
Fax: 617-737-8223

## **CERTIFICATE OF SERVICE**

  I, Patricia A. DeJuneas, do hereby certify that I have electronically filed this document with the Court and electronically served same on AUSA Fred Wyshak and AUSA Michael Tabak, this 25th day of March 2008.


             /s/ Patricia A. DeJuneas
            Patricia A. DeJuneas