UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>V. )<br>)<br>ARTHUR GIANELLI, )<br>MARYANN GIANELLI, )<br>FRANK IACOBONI, )<br>PHILIP PUOPOLO, )<br>DENNIS ALBERTELLI, )<br>RANDY ALBERTELLI, )<br>GISELE ALBERTELLI, )<br>SALVATORE RAMASCI, )<br>RAFIA FEGHI, and )<br>JOSEPH YERARDI. )<br>) | Criminal No: 05-10003-NMG |

## EXHIBITS TO MOTION TO SUPPRESS FRUITS OF WIRETAP WARRANTS AND MEMORANDUM OF LAW

Exhibit A:   Affidavit of Trooper Nunzio Orlando, dated 10/31/03

Exhibit B:   Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 10/31/03

Exhibit C:   Letters from District Attorney Jonathan W. Blodgett, dated 10/29/03 and 10/30/03

Exhibit D:   Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 12/31/03

Exhibit E:   Renewal Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 12/31/03

Exhibit F:   Massachusetts Bill Text

Exhibit G:   Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 1/26/04

Exhibit H1: Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 11/13/03

Exhibit H2: Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 11/26/03

Exhibit H3: Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 12/23/03

Exhibit H4: Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 12/31/03

Exhibit H5: Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 1/9/04

Exhibit H6: Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 1/26/04

Exhibit H7: Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 2/10/04

Exhibit H8: Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 2/25/04

Exhibit I: Memorandum re Monitoring Instructions for a Warrant Issued on October 31, 2003 Authorizing Interceptions of Wire Communications Occurring Over Telephone Numbers (781) 710-2154, (978) 758-8575, (617) 571-8262, dated 10/31/03

Exhibit J1: Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 11/18/04

Exhibit J2: Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 12/2/04

Exhibit J3:   Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 12/17/04

Exhibit J4:   Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 12/23/04

Exhibit J5:   Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 12/30/04

Exhibit J6:   Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 1/14/05

Exhibit J7:   Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 1/27/05

Exhibit J8:   Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 2/14/05

Exhibit J9:   Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 2/18/05

Exhibit J10:  Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 12/23/04

Exhibit K:    Letter from District Attorney Martha Coakley, dated 12/17/04

Exhibit L:    Memorandum re Monitoring Instructions for a Warrant Issued on December 2, 2004 Authorizing Interceptions of Wire Communications Occurring Over Telephone Numbers (781) 526-0516, (781) 244-9606, (617) 331-1167, dated 12/2/04

Exhibit M:    Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 1/14/05

Exhibit N:    Memorandum Opinion

Exhibit O:    Affidavit of Trooper Pasquale F. Russolillo, dated 1/13/00

Exhibit P:     Affidavit of Trooper Nunzio Orlando, dated 11/20/02

Exhibit Q:     Affidavit of Trooper Nunzio Orlando, dated 11/2/05

Exhibit R:     Intentionally left blank

Exhibit S1:    Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 12/2/04

Exhibit S2:    Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 12/17/04

Exhibit S3:    Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 12/30/04

Exhibit S4:    Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 1/14/05

Exhibit S5:    Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 1/27/05

Exhibit S6:    Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 1/14/05

Exhibit S7:    Renewal Application for an Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 2/28/05

Exhibit T:     Order and Warrant Pursuant to Massachusetts General Laws, Chapter 272, Section 99, Authorizing the Interception of Certain Wire Communications, dated 10/31/03