UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 05-10003-NMG |
| v. ) | |
| ) | |
| ARTHUR GIANELLI, ) | |
| JOSEPH YERARDI, JR., ) | |
| DENNIS ALBERTELLI A/K/A "FISH," ) | |
| PHILIP PUOPOLO, ) | |
| SALVATORE RAMASCI A/K/A "LEFTY," ) | |
| FRANK IACABONI, ) | |
| RANDY ALBERTELLI, ) | |
| STEPHEN RUSSO A/K/A "MOON," ) | |
| MICHAEL PINIALIS A/K/A "MAX," ) | |
| ENEYDA GONZALEZ RODRIGUEZ, ) | |
| MARY ANN GIANELLI, ) | |
| GISELE ALBERTELLI, and ) | |
| RAFIA FEGHI A/K/A RAFIA YERARDI, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S MOTION TO SEAL EXHIBITS TO GOVERNMENT'S MEMORANDUM IN OPPOSITION TO MOTIONS TO SUPPRESS FRUITS OF SEARCH WARRANTS**

The government hereby requests that the Court seal the <u>exhibits</u> to the Government's Memorandum in Opposition to Motions to Suppress Fruits of Search Warrants.

The exhibits should be sealed because they are electronic surveillance and search warrant materials that were ordered sealed by the issuing judges and remain under seal.

The exhibits have all previously been produced to the defendants in this case, during discovery (Bates numbered 0002-0089, 0122-0226, 0259-0382, 0416-0489, 0523-0591, 0627-0663, 0765-0888, 0931-1098, 1143-1188, 1224-1248, 1505-1553, 6746-7452).

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Michael L. Tabak
       MICHAEL L. TABAK
       Assistant U.S. Attorney

Date: May 1, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered parties.

        /s/ Michael L. Tabak
        Michael L. Tabak
        Assistant United States Attorney

Date: May 1, 2008