UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.            )<br>)<br>ARTHUR GIANELLI,     )<br>JOSEPH YERARDI,      )<br>FRANK IACOBONI,      )<br>RAFIA FEGHI,         )<br>DENNIS ALBERTELLI,   )<br>MARY ANN GIANELLI,   )<br>GISELE ALBERTINI,    )<br>STEPHEN RUSSO        )<br>                     ) | Criminal No: 05-10003-NMG |

MOTION TO CONTINUE HEARING

Now come the defendants, Arthur Gianelli, Joseph Yerardi, Frank Iacoboni, Rafia Feghy, Dennis Albertelli, Mary Ann Gianelli, Gisele Albertini, and Stephen Russo[1], in the above-referenced matter, and respectfully request this Honorable Court continue the hearing currently scheduled for May 27, 2008. As grounds therefore, the parties state they are in discussions to resolve the case. Assistant United States Attorney Michael L. Tabak assents to this motion.

                        Respectfully submitted,
                        Defendant, Arthur Gianelli,
                        By his attorney,

                        /s/ Richard M. Egbert
                        Richard M. Egbert, Esquire BBO: 151800
                        Law Offices of Richard M. Egbert, PC
                        99 Summer Street, Suite 1800
                        Boston, Massachusetts 02110
                        (617) 737-8222

---

[1] The other defendants have been advised, and as of this writing, have not responded.

Respectfully submitted,
Defendant, Rafia Feghi,
By her attorney,

/s/ Waltr Prince_____
Walter B. Prince
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street
Suite 2200
Boston, MA 02114
617-456-8000


Respectfully submitted,
Defendant, Frank Iacaboni,
By his attorney,

/s/ Thomas J. Butters_____
Thomas J. Butters, Esquire
Matthew D. Thompson, Esquire
Butters, Brazilian & Small, LLP
One Exeter Plaza
699 Boylston Street
Boston, MA 02116
(617) 367-2600


Respectfully submitted,
Defendant, Joseph Yerardi,
By his attorney,

/s/ Debra DelVecchio
Debra A. DelVecchio
DelVecchio & Houseman
The Perry Building
15 Front Street
Salem, MA 01970
978-740-5999

2

Respectfully submitted,
Defendant, Dennis Albertelli,
By his attorney

/s/ Charles W. Rankin
Charles W. Rankin, Esquire
Rankin & Sultan
151 Merrimac Street, 2nd Floor
Boston, MA 02114
(617) 720-0011


Respectfully submitted,
Defendant, Mary Ann Gianelli
By her attorney,

/s/ E. Peter Parker_____
E. Peter Parker, Esquire
Law Offices of E. Peter Parker
151 Merrimac Street
Boston, MA 02114
(617) 742-9099


Respectfully submitted,
Defendant, Gisele Albertini,
By her attorney,

/s/ Page Kelley_____
Page Kelley, Esquire
Federal Defenders
408 Atlantic Avenue
Boston, MA 02210
(617) 223-8061


Respectfully submitted,
Defendant, Stephen Russo,
By his attorney,

/s/ Stephen J. Weymouth\_\_\_\_
Stephen J. Weymouth, Esquire
Law Offices of Stephen J. Weymouth
65a Atlantic Avenue, Suite 3
Boston, MA 02110
(617) 573-9598

Dated: May 22, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 22nd day of May 2008.

                                            /s/ Richard M. Egbert
                                            Richard M. Egbert, Esquire