405B Dedham Street
Newton, MA 02459

Attn: Ms. Elizabeth Sonnenberg
Docket Clerk (No. 05-cr-10003-NMG)
John Joseph Moakley US Courthouse
United States District Court (Massachusetts)
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: U.S. v. Gianelli, et al.; Crim. No. 05-10003-NMG

Dear Ms. Sonnenberg:

I am writing with respect to the above referenced matter.

I would like to inform honorable Judge Gorton that attorneys Mr. Roger Witkin and Mr. Edward Gottlieb are no longer my lawyers and they do not represent me any more.

Sincerely,

Yousef Bina

cc:  Roger Witkin
     Edward Gottlieb