July 30, 2008

Yousef Bina
405B Dedham Street
Newton, MA 02459

Attn: Ms. Elizabeth Sonnenberg
Docket Clerk (No. 05-cr-10003-NMG)
John Joseph Moakley US Courthouse
United States District Court (Massachusetts)
1 Courthouse Way, Suite 2300
Boston, MA 02210


Re: U.S. v. Gianelli, et al.; Crim. No. 05-10003-NMG

Dear Ms. Sonnenberg:

I am writing with respect to the above referenced matter.

I would like to inform honorable Judge Gorton that I am no longer financially able to pay my mortgage payment for my home located at 405B Dedham Street, Newton, MA 02459. Up to now I have been able to keep up with my mortgage payments only through selling my stocks and borrowing against margin account on my stocks, borrowing from my life insurance, and using cash advance from my credit cards, and finally borrowing $40,000 from family.

I had hoped that this case would have been settled by now, but it is apparent that the case could go on far beyond what my financial means can absorb and I see the inevitability of the situation. So far, I had tried to pay my mortgage and condo fee and to keep my impeccable credit history intact, but now that I have exhausted my financial means, I do not see how this could be possible.

If the honorable judge could suggest a remedy that would save me from ruining my credit, exhausting my life savings, and losing my home, I would greatly appreciate it.

Sincerely,

*Yousef Bina*

Yousef Bina