DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                        CRIMINAL NO.  05 10003 NMG

ARTHUR GIANELLI, ET AL

## MOTION TO WITHDRAW

Roger Witkin, Esquire, counsel of record for the defendant Yousef Bina, respectfully moves to withdraw.

      */s/ Roger Witkin*
ROGER WITKIN
Counsel for the Defendant
6 Beacon Street, Suite l0l0
Boston, MA 02l08
(6l7) 523-0027 (tel.)
(6l7) 523-2024 (fax)
BBO # 53l780

DATED:  August 11, 2008

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                         CRIMINAL NO.  05 10003 NMG

ARTHUR GIANELLI, ET AL

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Withdrawal filed through Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

          /s/ Roger Witkin
          Roger Witkin
          6 Beacon Street, Suite l0l0
          Boston, MA 02l08
          Tel. 6l7 523 0027
          Fax 6l7 523 2024
          BBO No. 53l780

DATE:  August 11, 2008