OPI LEGAL DEPARTMENT
Number: FTD 1330.18
Date: November 18, 2014
Attachment: 1

FCI FORT DIX, NEW JERSEY
INFORMAL RESOLUTION FORM (BP-8)

You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9, you MUST ordinarily attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state names of staff contacted.

Date form issued and initials of Correctional Counselor: _____ 5/4/2020

INMATE NAME: ARTHUR GIANELLI
REGISTER NO.: 04399-748
BLDG.: 5711

Date the incident complained of occurred: Around April 21st

Complaint and relief requested: I was told I qualified for home confinement only to be later told I did not. I would like to be reinstated for consideration.

CORRECTIONAL COUNSELOR:

Date BP-8 returned to Correctional Counselor: 5/4/2020

Efforts made to informally resolve and staff contacted: You were reviewed & referral was generated, However Due to violence in your instant offense your referral was denied. The offense conduct excludes you from Direct Home Confinement at this time.

Date response given to inmate: 5-5-2020 _____
                                        Counselor (sign)

Date BP-9 Issued: 5-5-2020 _____
                            Unit Manager (sign)

complaint is NOT informally resolved: forward original attached to -9 form to the Legal Assistant.