Exhibit "B"

Gianelli, Arthur
Register Number 04599-748
Remedy Number 1017654-F2

## PART B - RESPONSE

This is in response to your Request for Administrative Remedy, in which you dispute the denial to your request for home confinement based on concerns related to COVID-19 under the CARES Act.

According to a directive from the U.S. Attorney General, dated March 26, 2020, inmates convicted of serious offenses are not eligible for consideration for transfer to home confinement in connection with the ongoing COVID-19 epidemic. You are serving a 271 months sentence for Racketeering, Racketeering Conspiracy, Illegal Gambling Business, Use Wire Communication Facilities, Money Laundering, Conspiracy to Commit Arson, Arson, Use Fire and Explosive to Commit a Felony Conspiracy to Commit Extortion and Extortion and Money Laundering. Specifically, during the commission of the instant offense, you were the leader of the "Gianelli Group" who earned money by racketeering, extortion, threats of violence, arson and money laundering. Based upon your current conviction for a serious offense, you are ineligible for consideration for home confinement at this time. Accordingly, your request for relief is denied.

If you are dissatisfied with this response, you may appeal to the Northeast Regional Director, Federal Bureau of Prisons. Your appeal must be received in the Northeast Regional Office, US Customs House, 2nd & Chestnut Streets, Philadelphia, PA 19106, within 20 calendar days of the date of this response.

_____          5/9/20
David E. Ortiz                          Date
Warden