UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   CR. NO. 05-CR-10003-NMG

ARTHUR GIANELLI

**DEFENDANT'S RENEWED MOTION FOR
COMPASSIONATE RELEASE AND MODIFICATION OF
SENTENCE**

Defendant Arthur Gianelli, ("Gianelli"), by his attorney, files Defendant's Renewed Motion for Compassionate Release and Modification of Sentence. Gianelli reincorporates and adopts the facts and arguments presented in Defendant's Motion for Compassionate Release and Modification of Sentence (D.E. 1048) and Defendant's Reply to Government's Opposition (D.E. 1051).

On December 23, 2020, the Court entered an order denying without prejudice Defendant's Motion for Compassionate Release and Modification of Sentence (D.E. 1053). As the Court noted in its order, Gianelli made a request for compassionate release to the warden at Fort Dix FCI ("Fort Dix") on December 18, 2020. To date, no response has been received by Gianelli from the warden. Based upon the severity and urgency of the following, Gianelli requests that the Court waive the additional 12 day administrative exhaustion requirement contained in 18 U.S.C. § 3582(c)(1)(A) and schedule an expedited hearing on the matter. *See United States v. Huarte*, Case No. 11-CR-20587, ECF No. 1584 (S.D. Fla. July 31, 2020) (Scola, J.) (exhaustion of administrative requirement for compassionate release not required where defendant exposed to high risk of severe illness or death as a result of an "unprecedented pandemic" which has "exploded" inside defendant's facility) (citing *McCarthy v.*

*Madigan*, 503 U.S. 140, 146-47 (1992)).

Since the Court's order of December 23, 2020, the coronavirus has spread rapidly inside Fort Dix. According to the BOP, the number of positive inmate COVID-19 cases at Fort Dix has significantly risen from 20 to 571 (almost a 30-times increase in cases just since December 23rd). *See* Exhibit "A"-Screenshot of BOP COVID-19 response homepage website as of January 5, 2021. Fort Dix again has more positive COVID-19 inmates than any other BOP facility in the United States. Including the 525 inmates who have previously test positive and recovered from COVID-19 at Fort Dix, approximately 40% of the total inmate population at Fort Dix (1096 of 2700 inmates) has now been infected by this dangerous virus.

On January 5, 2020, Gianelli was informed by staff at Fort Dix that he has now predictably tested positive for COVID-19.[1] According to his family, Gianelli has been "bedridden" for the past couple of days and continues to have "shortness of breath and is extremely weak." For the past week, Gianelli has been experiencing fluctuating "high-fevers" with "body aches and pains." Most troubling, Gianelli is not receiving the appropriate medical care for his condition.

As stated by the CDC and in Defendant's Motion for Compassionate Release and Modification of Sentence (D.E. 1048), as an older adult, Gianelli (63), has a significantly higher risk of serious illness or death if infected with COVID-19.[2] Due to Gianelli's actual medical condition today, coupled with the lack of medical treatment he is receiving, and the dangerous conditions inside Fort Dix as a result of the uncontrolled outbreaks of this virus, Gianelli now asks that the Court find 'extraordinary and

---

[1] On January 6, 2020, counsel for Gianelli conferred with Ms. Jennifer Ordonez, Unit Manager at Fort Dix regarding obtaining the results of any COVID-19 testing on Gianelli. She informed counsel to obtain Gianell's COVID-19 test results, counsel would need to submit a written request for such information and she would additionally need to obtain Gianelli's consent. Counsel subsequently was informed after both conditions were satisfied, the test results would be sent via email to counsel today. Counsel will submit a supplemental filing with the Court upon receipt.

[2] The novel coronavirus is a serious disease, ranging from no symptoms or mild ones for people at low risk, to respiratory failure and death in older patients with chronic underlying conditions. *See* https://www.cdc.gov/coronavirus/2019-ncov/faq.html (last visited January 6, 2021).

compelling reasons" to grant his compassionate release.

For the foregoing reasons, Gianelli asks the Court to grant his Renewed Motion for Compassionate Release and Modification of Sentence and modify the remainder of his term of imprisonment to home confinement.


ARTHUR GIANELLI
By his attorney,

*Elliot M. Weinstein*

**Elliot M. Weinstein**
**BBO #520400**
83 Atlantic Avenue
Boston, MA 02110
617.367.9334
elliot@eweinsteinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court via the Court's CM/ECF System on January 6, 2021, and served on all parties via ECF.

*Elliot M. Weinstein*