UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

    Plaintiff,

v.                                            CR. NO. 05-CR-10003-NMG

ARTHUR GIANELLI,

    Defendant.
    _____/

**DEFENDANT'S SUPPLEMENTAL RESPONSE TO
RENEWED MOTION FOR COMPASSIONATE RELEASE
AND MODIFICATION OF SENTENCE**

Defendant Arthur Gianelli, ("Gianelli"), by his attorney, files a Supplemental Response to Defendant's Renewed Motion for Compassionate Release and Modification of Sentence (D.E. 1054).

On January 14, 2020, the Court held a hearing on Defendant's Renewed Motion for Compassionate Release and Modification of Sentence. The Court directed the parties to provide the following updated information prior to 3 p.m. on January 15, 2020: 1) Gianelli's current medical/health condition; 2) Where Gianelli is presently housed/conditions within Fort Dix; and 3) Any post-recovery plan where Gianelli will be housed. Counsel for Gianelli requested such information from Fort Dix via email and was subsequently informed that the requested information was sent to the AUSA. AUSA Fred Wyshak did provide counsel with a copy of a medical report for Gianelli dated January 14, 2020.

According to the information provided by Gianelli this week to counsel,[1] Gianelli is still being

---

[1] The information regarding Gianelli's current medical condition/housing information, excluding medical reports, was communicated by Gianelli via email and telephone to his daughter, Marianne Gianelli, who has forwarded to counsel.

1

housed in Unit # 5711 at Fort Dix. Once Gianelli tested positive for COVID-19, he was moved to the second floor of his unit with other inmates who also tested positive. According to Gianelli, there are approximately 146 infected inmates that presently are housed together on the second floor of the unit. Yesterday, Gianelli indicated approximately 10 inmates were also confirmed for contracting pneumonia.[2] According to Gianelli, Dr. Elias at Fort Dix informed him that due to his age and the inadequate conditions inside Fort Dix, he was "extremely vulnerable to catching pneumonia." Gianelli continues to suffer from "fatigue," "shortness of breath," "body aches," and "headaches."[3]

As COVID-19 is a novel and dangerous virus, the short-term and long-term effects and risks of this virus are still unknown. Like many other COVID-19 patients, Gianelli's signs and symptoms of the disease have fluctuated from day to day. According to the CDC, "[The] signs and symptoms of COVID-19 present at illness onset vary, but over the course of the disease many people with COVID-19 will experience the following: fever or chills, cough, shortness of breath or difficulty breathing, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, [and] diarrhea."[4] As noted by the Johns Hopkins Medical School COVID-19 informational website, the severity of these symptoms can also vary over the course of the disease.[5] Moreover, it should be noted that that a patient's current symptoms of CCOVID-19 are not necessarily determinative of the long-term effects of the disease. The CDC notes that "Even people who are not hospitalized and who have mild illness can experience persistent or late symptoms."[6]

According to the BOP website, Gianelli presently is scheduled to be released on October 16,

---

[2] Gianelli was given a chest x-ray yesterday with negative results.
[3] As stated by the CDC and in Defendant's Motion for Compassionate Release and Modification of Sentence (D.E. 1048), as an older adult, Gianelli (63.5 years-old), has a significantly higher risk of serious illness or death if infected with COVID-19.
[4] *See* https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html.
[5] *See* https://www.hopkinsmedicine.org/health/conditions-and-diseases/coronavirus/coronavirus-symptoms-frequently-asked-questions#:~:text=Can%20coronavirus%20symptoms%20come%20and,for%20days%20or%20even%20weeks
[6] *See* https://www.cdc.gov/coronavirus/2019-ncov/long-term-effects.html.

2024 (approximately 3 years and 9 months remaining on sentence). Gianelli asks the Court to follow its rationale in granting defendant's motion for compassionate release in *United States v. Rachal*, 2020 WL 3545473 (D. Mass. June 30, 2020) (Gorton, J.). In *Rachal*, the defendant tested positive for coronavirus and had hypertension. Defendant had been convicted of armed robbery, served 60% of his total sentence and had 31 months remaining on his sentence, was 68 years-old, coupled with a high positive COVID-19 statistics within FCI Butner Low. In granting *Rachal's* release to home confinement, this Court stated "Given the expansive outbreak unique to Butner Low, if his condition worsens rapidly, he may be in danger of severe illness…and the potential for rapid deterioration in a COVID-19 patient's condition which may require immediate care[7] and District Courts have previously granted compassionate release for inmates who tested positive."

Gianelli is 63.5 years-old, who has tested positive for COVID-19. He now has served over 80% of his total sentence and has 45 months remaining on his sentence. Gianelli has has no prior criminal record other than the instant offense, and he has been a model inmate throughout his entire incarceration. Fort Dix[8] continues to have extreme outbreaks of the coronavirus that they have been unable to control that poses substantial health risks for Gianelli. Although Fort Dix is undoubtedly making its best efforts to contain the outbreaks of COVID-19 within its prison, it is impossible to provide adequate medical care to inmates who have been infected.

For the foregoing reasons, Gianelli asks the Court to grant his Renewed Motion for Compassionate Release and Modification of Sentence and modify the remainder of his term of imprisonment to home confinement.

---

[7] The proposed placement of Gianelli on home confinement is at Gianelli's daughter's residence in Melrose, MA. According to Marianne Gianelli, Melrose Wakefield Hospital is less than a mile from her home.
[8] This week, U.S. Representative Andy Kim of New Jersey called the outbreak of COVID-19 at Fort Dix a "clear and present danger." U.S. Senators Cory Booker and Robert Menendez also called upon the warden at Fort Dix to "grant home confinement to as many eligible inmates as possible." (Exhibit "A", D.E. 1060).

ARTHUR GIANELLI

By his attorney,

*Elliot M. Weinstein*

**Elliot M. Weinstein**
**BBO #520400**
83 Atlantic Avenue
Boston, MA 02110
617.367.9334
elliot@eweinsteinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court via the Court's CM/ECF System on January15, 2021, and served on all parties via ECF.

*Elliot M. Weinstein*