# EXHIBIT 2A

| Complex: | FTD--FORT DIX FCI | Begin Date: | 02/09/2021 | End Date: | 02/24/2021 |
| Inmate: | GIANELLI, ARTHUR | Reg #: | 04599-748 | Quarter: | C02-111L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

amLODIPine 5 MG TAB
Take one tablet (5 MG) by mouth each day

| **Rx#:** 514652-FTD | **Doctor:** Patel, Pradip MD | |
| **Start:** 02/01/21 | **Exp:** 02/01/22 | **Pharmacy Dispensings:** 30 TAB in 23 days |

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth every four hours

| **Rx#:** 514367-FTD | **Doctor:** Patel, Pradip MD | |
| **Start:** 01/28/21 | **Exp:** 02/09/21 | **Pharmacy Dispensings:** 144 TAB in 27 days |

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) ***pill line***

| **Rx#:** 514586-FTD | **Doctor:** Patel, Pradip MD | |
| **Start:** 02/01/21 | **Exp:** 04/02/21 | **Pharmacy Dispensings:** 8.5 GM in 23 days |

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day

| **Rx#:** 514653-FTD | **Doctor:** Patel, Pradip MD | |
| **Start:** 02/01/21 | **Exp:** 02/01/22 | **Pharmacy Dispensings:** 30 TAB in 23 days |

Nortriptyline HCl 50 MG Cap
***pill line*** Take one capsule (50 MG) by mouth at bedtime for tinnitus ***pill line***

| **Rx#:** 514658-FTD | **Doctor:** Patel, Pradip MD | |
| **Start:** 02/01/21 | **Exp:** 07/31/21 | **Pharmacy Dispensings:** 90 Cap in 23 days |

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE    7nd Floor    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) MEDICAL RECORDS | DATE: 1·30·N |
|---|---|
| FROM: GIANELLI | REGISTER NO.: 04599·748 |
| WORK ASSIGNMENT: UNIT ORDERLY | UNIT: 5711 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I AM REQUESTING A COPY OF MY TWO RECENT
X-RAY RESULTS — AS WELL AS MY MOST RECENT
BLOODWORK RESULTS

THANK-YOU

W. Gianelli

(Do not write below this line)

DISPOSITION:

xray (1/28/21) - 1 page
xray (1/14/21) - 1 page
Lab RESULTS (1/14/21) 3 pages

| Signature Staff Member M Ferraro | Date 02/16/2021 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

| Inmate Name: | GIANELLI, ARTHUR | | | Reg #: | 04599-748 |
|---|---|---|---|---|---|
| Date of Birth: | ~~07/07/1987~~ | Sex: | M    Race:WHITE | Facility: | FTD |
| Note Date: | 02/23/2021 18:38 | Provider: | Pfeifer, S. RN | Unit: | C02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**       Provider:  Pfeifer, S. RN
   Removing from pill line for missing 23 consecutive doses of Nortriptyline.

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 514658-FTD | *Nortriptyline HCl 50 MG Cap* | *02/23/2021 18:38* |

   **Prescriber Order:**    ****pill line**** *Take one capsule (50 MG) by mouth at bedtime for tinnitus*

   Discontinue Type:    *When Pharmacy Processes*

   Discontinue Reason:  *Non-compliant*

   Indication:

**Copay Required:** No           **Cosign Required:**  Yes
**Telephone/Verbal Order:**   Yes     **By:**  Patel, Pradip MD
**Telephone or Verbal order read back and verified.**


Completed by Pfeifer, S. RN on 02/23/2021 18:41
Requested to be cosigned by  Patel, Pradip MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Vitals All

| Begin Date: | 02/09/2021 | | End Date: | 02/24/2021 |
| Reg #: | 04599-748 | | Inmate Name: | GIANELLI, ARTHUR |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 02/18/2021 | 09:10 FTD | 130/76 | | | | Bynum, M. RN |
| | **Orig Entered:** 02/18/2021 09:11 EST | | Bynum, M. RN | | | |
| 02/10/2021 | 11:04 FTD | Unavailabl | | | | Bynum, M. RN |
| | **Orig Entered:** 02/10/2021 11:05 EST | | Bynum, M. RN | | | |

# Bureau of Prisons
## Health Services
## PPDs

**Reg #:** 04599-748          **Inmate Name:** GIANELLI, ARTHUR

| Admin: | | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|---|
| 12/02/2020 | 09:37 | Left Forearm | Orender, Cynthia MA | 12/04/2020 08:54 | 0 mm | Orender, Cynthia MA |
| | **Orig Entered:** | 12/02/2020 09:38 EST | Orender, Cynthia MA | **Orig Entered:** 12/04/2020 08:54 EST | | |
| 10/30/2019 | 10:49 | Left Forearm | Bynum, M. RN | 11/01/2019 09:52 | 0 mm | Papanye, I. RN |
| | **Orig Entered:** | 10/30/2019 10:50 EST | Bynum, M. RN | **Orig Entered:** 11/01/2019 09:52 EST | | |
| 10/08/2019 | 06:58 | Left Forearm | Papanye, I. RN | 10/21/2019 06:53 | No Show | Barton, Christine RN/QI/IP&C |
| | **Orig Entered:** | 10/09/2019 06:59 EST | Papanye, I. RN | rescheduled | | |
| | | | | **Orig Entered:** 10/21/2019 06:53 EST | | Barton, Christine RN/QI/IP&C |
| 10/23/2018 | 12:53 | Left Forearm | Maruska, S. RN | 10/25/2018 11:45 | 0 mm | Maruska, S. RN |
| | **Orig Entered:** | 10/23/2018 12:54 EST | Maruska, S. RN | **Orig Entered:** 10/25/2018 11:46 EST | | |
| 10/23/2017 | 12:01 | Left Forearm | Maruska, S. RN | 10/25/2017 13:07 | 0 mm | West, N RN |
| | **Orig Entered:** | 10/23/2017 12:02 EST | Maruska, S. RN | **Orig Entered:** 10/25/2017 13:07 EST | | |
| 10/25/2016 | 12:39 | Left Forearm | Maruska, S. RN | 10/27/2016 10:44 | 0 mm | Mead, Constance RMA |
| | **Orig Entered:** | 10/25/2016 12:40 EST | Bonislawski, Michael RN | **Orig Entered:** 10/27/2016 10:45 EST | | Mead, Constance RMA |
| 10/19/2015 | 08:17 | Left Forearm | Bonislawski, Michael RN | 10/21/2015 14:04 | 0 mm | Bonislawski, Michael RN |
| | **Orig Entered:** | 10/19/2015 09:51 EST | Maruska, S. RN | **Orig Entered:** 10/21/2015 14:04 EST | | Bonislawski, Michael RN |
| 09/29/2014 | 13:08 | Left Forearm | Maruska, S. RN | 10/01/2014 12:39 | 0 mm | Barton, Christine RN/QI/IP&C |
| | **Orig Entered:** | 10/19/2015 08:18 EST | Barton, Christine RN/QI/IP&C | **Orig Entered:** 10/01/2014 12:39 EST | | Barton, Christine RN/QI/IP&C |
| 09/23/2013 | 08:13 | Left Forearm | Barton, Christine RN/QI/IP&C | 09/25/2013 07:55 | 0 mm | Barton, Christine RN/QI/IP&C |
| | **Orig Entered:** | 09/29/2014 13:09 EST | Barton, Christine RN/QI/IP&C | **Orig Entered:** 09/25/2013 07:55 EST | | Wilk, Jeff AHSA |
| 08/28/2012 | 10:43 | Left Forearm | Wilk, Jeff AHSA | 08/30/2012 10:39 | 0 mm | Wilk, Jeff AHSA |
| | **Orig Entered:** | 09/23/2013 08:15 EST | Wilk, Jeff AHSA | **Orig Entered:** 08/30/2012 10:39 EST | | Ibe, Chigozie PA-C |
| 06/29/2011 | 07:38 | Left Forearm | Ibe, Chigozie PA-C | 07/01/2011 07:00 | 0 mm | Ibe, Chigozie PA-C |
| | **Orig Entered:** | 08/28/2012 10:44 EST | Wilk, Jeff AHSA | **Orig Entered:** 07/01/2011 07:00 EST | | Wilk, Jeff AHSA |
| 06/29/2010 | 10:51 | Left Forearm | Wilk, Jeff AHSA | 07/01/2010 11:35 | 0 mm | Wilk, Jeff AHSA |
| | **Orig Entered:** | 06/29/2011 07:39 EST | Ibe, Chigozie PA-C | **Orig Entered:** 07/01/2010 11:36 EST | | Wilk, Jeff AHSA |
| | **Orig Entered:** | 06/29/2010 10:52 EST | Wilk, Jeff AHSA | | | |

**Total:** 13

# Medication Administration Record

**February 2021**

04599-748  GIANELLI, ARTHUR

Report information is current as of the date and time of printing:  02/24/2021 08:21 EST

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 02/01/21 13:49 — Patel, Pradip MD<br>***pill line*** Take one capsule (50 MG) by mouth at bedtime for tinnitus<br>Exp. Date 07/31/21 13:48<br>FTD 514658- FTD<br>Nortriptyline HCl 50 MG Cap | 1700 | NS NCP | NS SJP | NS SJP | NS SJP | NS ELF | NS ELF | NS ELF | NS SJP | NS SJP | NS NCP | NS NCP | NS SJP | NS SJP | NS SJP | NS SJP | NS SJP | NS SJP | NS SJP | NS NCP | NS NCP | NS SJP | NS SJP | NS SJP | NS SJP | NS SJP |  |  |  |  |  |  |
| Ord. Date 02/01/21 08:28 — Patel, Pradip MD<br>Don't use daily, Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call)<br>Exp. Date 04/02/21 08:27<br>FTD 514586- FTD<br>Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | PRN |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ord. Date 02/01/21 08:28 — Patel, Pradip MD<br>Take 2 tablets (500 MG) by mouth on day one, then take 1 tablet daily for 4 days<br>Exp. Date 02/01/21 08:29<br>FTD 514587- FTD<br>Azithromycin Tab 250 MG, [Z-Pak] | PRN |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ord. Date 02/01/21 08:28 — Patel, Pradip MD<br>4 mg Orally One Time Dose Given AS NEEDED x 0 day(s) Pill Line only -- Follow package insert instructions<br>Exp. Date 02/01/21 08:29<br>FTD 514588- FTD<br>methylPREDNISolone 4 MG Tab [21 count Pack] | PRN |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Providers: SJP = Pfeifer, S. | NCP = Pugliese, N. | ELF = Fox, E.

Documentation Codes: ORD = Order | NS = No Show

Registration #: 04599-748        Pt. Name: GIANELLI, ARTHUR                                    DOB: [redacted]

# Bureau of Prisons
## Health Services
## Devices and Equipment

**Start Date:** 02/09/2021  **Stop Date:** 02/24/2021
**Reg #:** 04599-748  **Inmate Name:** GIANELLI, ARTHUR

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| **Brace - knee** | | | | | |
| 02/06/2018 10:29 EST  Patel, Pradip MD | 02/06/2018 | | | BOP | |
| **Crutches** | | | | | |
| 07/20/2011 20:40 EST  Johnson, Oke RN | 07/20/2011 | 08/02/2011 | | BOP | |
| **Medical Shoes** | | | | | |
| 01/28/2020 11:36 EST  Patel, Pradip MD | 05/13/2011 | 02/06/2021 | | BOP | |
| 02/04/2019 10:54 EST  Patel, Pradip MD | 05/13/2011 | 02/06/2020 | | BOP | |
| 02/06/2018 10:23 EST  Patel, Pradip MD | 05/13/2011 | 02/06/2019 | | BOP | |
| 09/19/2017 09:19 EST  Elias, Vicente MLP | 05/13/2011 | 12/31/2018 | | BOP | |
| 02/10/2017 09:53 EST  Patel, Pradip MD | 05/13/2011 | 02/10/2018 | | BOP | Issued medical shoes size 9.5 on 9-25-2014. |
| 09/02/2016 18:27 EST  Elias, Vicente MLP | 05/13/2011 | 09/25/2017 | | BOP | Issued medical shoes size 9.5 on 9-25-2014. |
| 10/21/2015 07:40 EST  Elias, Vicente MLP | 05/13/2011 | 09/25/2016 | | BOP | Issued medical shoes size 9.5 on 9-25-2014. |
| 09/25/2014 12:00 EST  Walls, Kymberly HIT | 05/13/2011 | 09/25/2015 | | BOP | Issued medical shoes size 9.5 on 9-25-2014. |
| 09/09/2014 09:01 EST  Elias, Vicente MLP | 05/13/2011 | 05/13/2014 | | BOP | Size 10 |
| 07/20/2011 20:40 EST  Johnson, Oke RN | 05/13/2011 | 05/13/2012 | | BOP | Size 10 |
| 05/13/2011 08:32 EST  Lopez de Lasalle, Abigail MD CD | 05/13/2011 | 05/13/2012 | | BOP | Size 10 |

**Total: 3**

| Reg #: 04599-748 | Inmate Name: GIANELLI, ARTHUR |

| Allergy | Date Noted | Reaction |
|---------|------------|----------|
| No Known Allergies | 11/16/2009 | |

**Orig Entered:** 11/16/2009 14:44 EST  Jordan, Duvinka RN/IDC/IOP

**Total:** 1

Reg #: 04599-748          Inmate Name: GIANELLI, ARTHUR

| Description | | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | |
| External hemorrhoids without mention of comp | | III | ICD-9 | 455.3 | 09/04/2012 | Current | 09/04/2012 |
| 09/04/2012 11:27 EST  Syjongtian, Sam MLP | | | | | | | |
| Seborrhea | | III | ICD-9 | 706.3 | 02/23/2015 | Current | 02/23/2015 |
| 02/23/2015 13:22 EST  Patel, Pradip MD | | | | | | | |
| Knee, Pain in joint, lower leg | | III | ICD-9 | 719.46 | 02/11/2011 | Current | 02/11/2011 |
| 02/04/2019 10:58 EST  Patel, Pradip MD | | | | | | | |
| Takes OTC Motrin PRN. | | | | | | | |
| 02/14/2011 08:18 EST  Turner-Foster, Nicoletta MD | | III | ICD-9 | 719.46 | 02/11/2011 | Current | 02/11/2011 |
| Left knee pain rule-out meniscal injury or ligament injury | | | | | | | |
| Oth tear of cartilage or meniscus of knee, current | | III | ICD-9 | 836.2 | 04/18/2011 | Current | 04/18/2011 |
| 04/18/2011 09:26 EST  Magallon, Ed MLP | | | | | | | |
| left knee | | | | | | | |
| Hypermetropia | | | ICD-10 | H5200 | 03/16/2016 | Current | |
| 03/16/2016 14:54 EST  Sieber, Francis OD | | | | | | | |
| Presbyopia | | | ICD-10 | H524 | 03/16/2016 | Current | |
| 03/16/2016 14:54 EST  Sieber, Francis OD | | | | | | | |
| Tinnitus | | | ICD-10 | H9319 | 02/01/2021 | Current | |
| 02/01/2021 13:28 EST  Patel, Pradip MD | | | | | | | |
| Post COVID | | | | | | | |
| Essential (primary) hypertension | | | ICD-10 | I10 | 02/01/2021 | Current | |
| 02/01/2021 13:27 EST  Patel, Pradip MD | | | | | | | |
| Post COVID-19. Not sure if BP is related. Patient was asymptomatic before COVID. | | | | | | | |
| Body Mass Index 25.0-25.9, adult | | III | ICD-9 | V85.21 | 02/11/2011 | Current | 02/11/2011 |
| 02/04/2019 10:58 EST  Patel, Pradip MD | | | | | | | |
| BMI 27.3 kg/m2 | | | | | | | |
| Medically recommended weight is 129-169 lbs | | | | | | | |
| The patient weighs 175 lbs which is 6 pounds over the recommended weight range. | | | | | | | |
| 02/14/2011 08:18 EST  Turner-Foster, Nicoletta MD | | III | ICD-9 | V85.21. | 02/11/2011 | Current | 02/11/2011 |
| BMI 25.8 kg/m2 | | | | | | | |
| Medically recommended weight is 129-169 lbs | | | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

The patient weighs 175 lbs which is 6 pounds over the recommended weight range.

## Resolved

**Headache, post-traumatic, unspecified**

02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 339.20 | 05/03/2010 | Resolved | 02/11/2011

   No complaint of this diagnosis during today's clinic visit

02/14/2011 08:18 EST  Turner-Foster, Nicoletta MD | | ICD-9 | 339.20 | 05/03/2010 | Resolved | 02/11/2011

   No complaint of this diagnosis during today's clinic visit

05/03/2010 11:55 EST  Elias, Vicente MLP | | ICD-9 | 339.20 | 05/03/2010 | Current | 05/03/2010

**Acute serous otitis media**

02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 381.01 | 05/03/2010 | Resolved | 02/11/2011

   No complaint of this diagnosis during today's clinic visit

02/14/2011 08:18 EST  Turner-Foster, Nicoletta MD | | ICD-9 | 381.01 | 05/03/2010 | Resolved | 02/11/2011

   No complaint of this diagnosis during today's clinic visit

05/03/2010 11:55 EST  Elias, Vicente MLP | | ICD-9 | 381.01 | 05/03/2010 | Current | 05/03/2010

**Periapical abscess without sinus**

02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 522.5 | 10/01/2013 | Resolved | 10/01/2013

   #5

10/01/2013 15:09 EST  Still, Darcel DDS | | ICD-9 | 522.5 | 10/01/2013 | Current | 10/01/2013

   #5

**Periapical abscess with sinus**

02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 522.7 | 07/09/2015 | Resolved | 07/09/2015

07/09/2015 15:05 EST  Asao, Jeffrey DMD | | ICD-9 | 522.7 | 07/09/2015 | Resolved | 07/09/2015

07/09/2015 15:03 EST  Asao, Jeffrey DMD | | ICD-9 | 522.7 | 07/09/2015 | Current | 07/09/2015

**Corns and callosities**

02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 700 | 05/13/2011 | Resolved | 02/27/2014

   bilateral greater toes

02/27/2014 11:32 EST  Patel, Pradip MD | | ICD-9 | 700 | 05/13/2011 | Resolved | 02/27/2014

   bilateral greater toes

05/13/2011 08:56 EST  Lopez de Lasalle, Abigail MD CD | | ICD-9 | 700 | 05/13/2011 | Current | 05/13/2011

   bilateral greater toes

**Rash and other nonspecific skin eruption**

02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 782.1 | 09/04/2012 | Resolved | 02/27/2014

02/27/2014 11:32 EST  Patel, Pradip MD | | ICD-9 | 782.1 | 09/04/2012 | Resolved | 02/27/2014

09/04/2012 11:25 EST  Syjöngtian, Sam MLP | | ICD-9 | 782.1 | 09/04/2012 | Current | 09/04/2012

**Periapical abscess without sinus**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 11/21/2017 14:22 EST   Still, Darcel DDS #12 | | ICD-10 | K047 | 11/13/2017 | Resolved | 11/21/2017 |
| 11/13/2017 12:37 EST   Still, Darcel DDS #12 | | ICD-10 | K047 | 11/13/2017 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 01/12/2021 08:49 EST   Guire, Shannon DMD Tested COVID-19(+) 12/29/2020 | | ICD-10 | U07.1 | 01/09/2021 | Resolved | 01/12/2021 |
| 01/07/2021 15:45 EST   Copeland, Ronell RN/IDC/IOP Tested COVID-19(+) 12/29/2020 | | ICD-10 | U07.1 | 01/07/2021 | Current | |
| Health examination of defined subpopulations | | | | | | |
| 02/23/2016 07:20 EST   SYSTEM medical footwear evaluation | III | ICD-9 | V70.5 | 05/13/2011 | Resolved | 02/27/2014 |
| 02/27/2014 11:32 EST   Patel, Pradip MD medical footwear evaluation | III | ICD-9 | V70.5 | 05/13/2011 | Resolved | 02/27/2014 |
| 05/13/2011 08:56 EST   Lopez de Lasalle, Abigail MD CD medical footwear evaluation | III | ICD-9 | V70.5 | 05/13/2011 | Current | 05/13/2011 |
| Other specified examination | | | | | | |
| 02/23/2016 07:20 EST   SYSTEM Hearing test ordered | III | ICD-9 | V72.85 | 09/04/2012 | Resolved | 02/27/2014 |
| 02/27/2014 11:32 EST   Patel, Pradip MD Hearing test ordered | III | ICD-9 | V72.85 | 09/04/2012 | Resolved | 02/27/2014 |
| 09/04/2012 11:27 EST   Syjongtian, Sam MLP Hearing test ordered | III | ICD-9 | V72.85 | 09/04/2012 | Current | 09/04/2012 |
| Digital rectal exam. done as requested by patient. | | | | | | |
| Digital rectal exam. done as requested by patient. | | | | | | |
| Digital rectal exam. done as requested by patient. | | | | | | |

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| ~~Pain in joint, other specified sites~~ | | | | | | |
| ~~02/14/2011 08:18 EST~~ ~~Turner-Foster, Nicoletta MD~~ ~~Lt. knee pain~~—more specific diagnosis available | ~~III~~ | ~~ICD-9~~ | ~~719.48~~ | ~~05/06/2010~~ | ~~Current~~ | ~~05/06/2010~~ |
| 05/06/2010 08:45 EST   Richardson, Estella MLP Lt. knee pain | III | ICD-9 | 719.48 | 05/06/2010 | Current | 05/06/2010 |

**Total:** 20

| Reg #: 04599-748 | Inmate Name: GIANELLI, ARTHUR |
|---|---|

**Vision Screen on** 11/17/2009 12:06

  **Blindness:**

  **Distance Vision:** OD: 20/30      OS: 20/25      OU: 20/20

  **Near Vision:**    OD:          OS:      OU:

  **With Corrective**

  **Distance Vision:** OD:      OS:      OU:

  **Near Vision:**    OD:      OS:      OU:

  **Present Glasses - Distance**      **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

  **Color Test:**

  **Tonometry:**  R:      L:

  **Comments:**

    **Orig Entered:**    11/17/2009 12:08 EST   Saint Preux, John PA-C





**Federal Bureau of Prisons**

*** Sensitive But Unclassified ***

| | |
|---|---|
| Name GIANELLI, ARTHUR | Facility FCI Fort Dix |
| Reg # 04599-748 | Order Unit C03-092L |
| DOB | Provider Pradip Patel, MD |
| Sex M | |

| |
|---|
| Collected 01/14/2021 10:31 |
| Received 01/15/2021 11:40 |
| Reported 01/15/2021 15:51 |
| LIS ID 028201691 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 140 | 137-148 | mmol/L |
| Potassium | | 4.9 | 3.5-5.0 | mmol/L |
| Chloride | | 101 | 99-114 | mmol/L |
| CO2 | H | 31 | 22-30 | mmol/L |
| BUN | | 18 | 7-22 | mg/dL |
| Creatinine | | 1.08 | 0.66-1.25 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. If African American multiply by 1.210
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 10.2 | 8.5-10.9 | mg/dL |
| Glucose | | 96 | 70-110 | mg/dL |
| AST | | 33 | 11-55 | U/L |
| ALT | | 36 | <50 | U/L |
| Alkaline Phosphatase | | 60 | 41-133 | U/L |
| Bilirubin, Total | | 1.2 | 0.2-1.3 | mg/dL |
| Total Protein | | 6.6 | 6.0-8.2 | g/dL |
| Albumin | | 4.0 | 3.6-5.1 | g/dL |
| Globulin | | 2.6 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.50 | 1.00-2.30 | |
| Anion Gap | L | 8.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 16.9 | 5.0-30.0 | |
| Cholesterol | | 104 | <200 | mg/dL |
| Triglycerides | | 92 | 10-150 | mg/dL |
| HDL Cholesterol | L | 37 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 49 | 0-130 | mg/dL |
| Chol/HDL Ratio | | 2.8 | 0.0-4.0 | |

## SPECIAL CHEMISTRY

| | | | |
|---|---|---|---|
| PSA, Total | 1.560 | 0.064-4.000 | ng/mL |
| TSH | 0.924 | 0.465-4.680 | uIU/mL |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| WBC | 5.3 | 4.3-11.1 | K/uL |
| NRBC% | 0.0 | | % |
| RBC | 5.05 | 4.46-5.78 | M/uL |
| Hemoglobin | 15.9 | 13.6-17.6 | g/dL |
| Hematocrit | 48.3 | 40.2-51.4 | % |

**FLAG LEGEND**  L=Low  L!=Low Critical  H=High  H!=High Critical  A=Abnormal  A!=Abnormal Critical





# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| Name GIANELLI, ARTHUR | Facility FCI Fort Dix | Collected 01/14/2021 10:31 |
| Reg # 04599-748 | Order Unit C03-092L | Received 01/15/2021 11:40 |
| DOB ~~████████~~ | Provider Pradip Patel, MD | Reported 01/15/2021 15:51 |
| Sex M | | LIS ID 028201691 |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| MCV | | 95.6 | 82.5-96.5 | fL |
| MCH | | 31.5 | 27.1-34.9 | pg |
| MCHC | L | 32.9 | 33.0-37.0 | g/dL |
| RDW-CV | | 12.4 | 12.0-14.0 | % |
| Platelet | H | 555 | 130-374 | K/uL |
| MPV | | 10.0 | 6.9-10.5 | fL |
| Neutrophils % | | 49.4 | | % |

Therapeutic decision making should be based on absolute values, rather than percentages

| | | | | |
|---|---|---|---|---|
| Lymphocytes % | | 33.3 | | % |
| Monocytes % | | 11.8 | | % |
| Eosinophils % | | 2.4 | | % |
| Basophils % | | 0.7 | | % |
| Immature Granulocytes % | | 2.4 | 0.0-5.0 | % |
| Neutrophils # | | 2.6 | 1.9-6.7 | K/uL |
| Lymphocytes # | | 1.8 | 1.3-3.7 | K/uL |
| Monocytes # | | 0.6 | 0.3-1.1 | K/uL |
| Eosinophils # | | 0.1 | 0.0-0.5 | K/uL |
| Basophils # | | 0.0 | 0.0-0.1 | K/uL |
| Immature Granulocytes # | | 0.13 | 0.00-0.50 | 10^3/uL |

## HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| ☀ Hemoglobin A1C | H | 6.1 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

*✳ TAKE NUTE, PRE-DIABETIC*

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical



| | | | | |
|---|---|---|---|---|
| Inmate Name: | GIANELLI, ARTHUR | | Reg #: | 04599-748 |
| Date of Birth: | ~~~~ | Sex: M | Race: | WHITE |
| Encounter Date: | 01/15/2021 16:13 | Provider: Lab Result Receive | Facility: | FTD |

Cosigned by Patel, Pradip MD on 01/19/2021 08:46.

### RADIOLOGY ASSOCIATES SEO

**NAME: Arthur Gianelli**
**Patient ID: 04599-748**
**Facility: FCI FT Dix E**
**Date: March 11, 2010**

**MRI Left Knee without contrast**

**Technique: Multi planar T1, PD and T2 and IR Sequences**

**History: Pain**

**Findings:**
Bony structures are intact. No acute fracture. Minimal joint fluid. Posterior patellar cartilage is preserved. There is nonvisualization of the ACL I suspect a chronic tear. There is a tear involving the posterior horn medial meniscus. Lateral meniscus is intact. Cruciate and collateral limits are intact. Quadriceps and patella tendon intact.

**Impression:**

1. Nonvisualization of ACL I suspect a chronic tear.

2. Tear posterior horn medial meniscus

**Charles Muchnok M.D.**

Patient: Arthur Gianelli
ID: 04599-748
Facility: Fort Dix
Date: 11-9-15

Exam: MRI right knee without contrast

History: Severe right knee pain

Technique: Multiplanar T1 and T2 weighted sequences.

Findings:

Moderate size knee joint effusion. There is some slight signal abnormality involving
the posterior patellar cartilage medial aspect. Patellar retinaculum intact. Anterior
cruciate appears torn with some buckling of the posterior cruciate ligament. Medial
and lateral collateral ligaments are intact. A small amount of fluid tracks along the
course of the popliteus tendon and anterior to the popliteus muscle. There is a tear
posterior horn medial meniscus there may be a bucket handle component. Cannot
exclude a loose joint bodies. Suspect tear lateral meniscus anterior horn.
Osteochondral defect lateral tibial spine region and medial posterior femoral
condyle. Joint space narrowing and osteophyte change medial and lateral knee joint
compartments.

Impression.

1. Knee joint effusion

2. ACL tear.

3. Suspect tear posterior horn medial meniscus with possible bucket handle
component.

4. Suspect tear anterior horn lateral meniscus.

5. Osteochondral defects lateral tibial spine region and posterior medial femoral
condyle.

6. Cannot exclude loose joint bodies

Charles Muchnok M.D.

# EXHIBIT 2B

The only people living in the Melrose Condo, which is a 2 bedroom, 2 full Bath 1200 square foot unit, will be Marianne and Arthur. Temperatures will be taken before anyone enters the condo. The only people allowed to enter for short visits will be probation, or family. Hand sanitizer will be at the door and to be used by anyone immediately upon entering the condo. Each person must wear a mask and remain at least 6 feet from each other. Arthur and Marianne will each have separate bedrooms, bathrooms, and designated eating utensils and plates. Laundry facilities are located within the unit allowing for private use and regular laundering of clothing, and linens. All Bathrooms and high-touch surfaces will be washed with bleach products on a regular basis. There are window exposures in each room providing ample ventilation and cross ventilation as well as a screened-in porch allowing additional fresh air access. Should he show sharp decline he will be taken to Melrose/Wakefield Hospital Emergency room, .2 miles from the condo.


Mary Ann Moore R.N.

# EXHIBIT 2C

# Congress of the United States
## Washington, DC 20515

January 15, 2021

The Honorable Michael E. Horowitz
Inspector General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear Inspector General Horowitz,

We write today to thank you for your oversight of the Bureau of Prisons (BOP) to date during the COVID-19 pandemic, and to urge you to expand your ongoing investigations to include Federal Correctional Institute (FCI) Fort Dix. Earlier this week FCI Fort Dix once again had the most severe COVID-19 outbreak of all federal prisons, and we are alarmed that BOP has repeatedly failed to contain outbreaks at the facility. Additional oversight is urgently required to protect the safety of incarcerated individuals and staff at FCI Fort Dix.

More than 300 incarcerated individuals and 29 staff members at FCI Fort Dix have active COVID-19 cases.[1] This is not the first severe outbreak at the facility, as FCI Fort Dix has faced several waves of COVID-19 infections in recent months. BOP reports that nearly 1,100 incarcerated individuals and 45 staff members at FCI Fort Dix have recovered from the virus, which means that in total more than half of the incarcerated population at the facility has been infected with COVID-19 to date.[2] Even still, these figures may not capture the full picture of COVID-19 infections due to the lack of consistent and universal testing at FCI Fort Dix. In short, BOP has had ten months to learn how to protect the incarcerated individuals and staff at FCI Fort Dix during this pandemic, and has failed.

In response to the outbreaks at FCI Fort Dix, as Members of New Jersey's congressional delegation we have repeatedly called on BOP to improve its strategies for testing and infection control at the facility, including via letters sent to the BOP Director on November 9, 2020 and December 8, 2020. In response, BOP has continued to insist that the situation at FCI Fort Dix is under control. In his response letter dated December 16, 2020, BOP Director Michael Carvajal noted that "the efficacy of the Bureau's mitigation strategies can be seen in the very low number of hospitalized inmates." However, the recent surge in COVID-19 cases at the facility indicates that the BOP's mitigation strategies at FCI Fort Dix are not working. We have also heard reports from constituents with incarcerated family members that BOP is failing to provide sufficient medical care, and that living conditions inside the facility have steeply deteriorated.

In light of the concerns described above, we urge you to immediately investigate the COVID-19 response at FCI Fort Dix, including infection control and testing procedures, access to medical care, impacts on living conditions, and transfers to home confinement. We are gravely

---

[1] https://www.bop.gov/coronavirus/
[2] https://www.bop.gov/locations/institutions/ftd/

concerned that without additional oversight, BOP will continue to endanger the lives of the incarcerated individuals and staff at FCI Fort Dix. Thank you for your consideration of this urgent matter, and we look forward to your prompt reply.

Sincerely,



Robert Menendez
United States Senator

Cory A. Booker
United States Senator

Andy Kim
Member of Congress

Frank Pallone, Jr.
Member of Congress

Bill Pascrell, Jr.
Member of Congress

Donald M. Payne, Jr.
Member of Congress

Donald Norcross
Member of Congress

Bonnie Watson Coleman
Member of Congress

Josh Gottheimer
Member of Congress

Mikie Sherrill
Member of Congress

# EXHIBIT 2D



# United States Senate
### WASHINGTON, DC 20510

January 12, 2021

Warden David Ortiz
Bureau of Prisons
FCI Fort Dix
5756 Hartford & Pointvile Road
Joint Base MDL, New Jersey 08640

Dear Warden Ortiz,

We write today with serious concerns regarding the use of home confinement, as well as overall conditions at FCI Fort Dix, especially in light of the alarming rate of COVID-19 cases at the facility in recent weeks. On March 26, 2020, in an effort to protect incarcerated individuals who were at greater risk of contracting the deadly coronavirus, Attorney General William Barr issued a Memorandum[1] to the Director of the Bureau of Prisons (BOP) to ensure that the agency prioritizes the home confinement program to protect the health and safety of incarcerated individuals and BOP employees. The following week, Attorney General Barr issued a subsequent Memorandum[2] that urged BOP administrators at facilities significantly impacted by the virus to immediately maximize transfers of individuals to home confinement.

In June 2020, during a Senate Judiciary Committee hearing, Senator Booker pressed Director Michael Carvajal about the difficulty of obtaining critical data on individuals who were released to home confinement in New Jersey. While Director Carvajal assured Senator Booker that he would attempt to get his office this important information,[3] the requested data has still not been received. While we appreciate you and your staff briefing our offices on the COVID-19 outbreaks at FCI Fort Dix, and for your continued correspondence on some of the outstanding facts and figures our offices have requested, there are still questions to be answered in addition to those raised by the two subsequent letters we sent to Director Carvajal.[4]

---

[1] Attorney General William Barr, Memorandum for Director of Bureau [sic] Prisons, Prioritization of Home Confinement As Appropriate in Response to COVID-19 (Mar. 26, 2020),
https://www.bop.gov/coronavirus/docs/bop_memo_home_confinement.pdf.
[2] Attorney General William Barr, Memorandum for Director of Bureau of Prisons, Increasing Use of Home Confinement at Institutions Most Affected by COVID-19 (Apr. 3, 2020),
https://www.bop.gov/coronavirus/docs/bop_memo_home_confinement_april3.pdf.
[3] *Examining Best Practices for Incarceration and Detention During COVID-19, Before the S. Comm. on the Judiciary*, 116th Cong. (2020), https://www.judiciary.senate.gov/meetings/examining-best-practices-for-incarceration-and-detention-during-covid-19.
[4] Letter from Sen. Robert Menendez, Sen. Cory Booker et al. to Director Michael Carvajal, Bureau of Prisons (Nov. 9, 2020), *available at*
https://www.menendez.senate.gov/imo/media/doc/Senator%20Menendez%20Letter%20on%20FCI%20Fort%20Dix%20COVID19%20Outbreak%2011.9.20%20Updated.pdf.

The conditions at facilities in New Jersey, specifically your facility, have grown increasingly worrisome. We are still very concerned for the safety and well-being of individuals behind bars in New Jersey and across our country. It is critical that you prioritize the use of your statutory authorities to grant home confinement to as many eligible people as possible. To better understand your institution's implementation of the congressionally approved home confinement program, as well as Attorney General Barr's orders to prioritize home confinement to protect individuals behind bars and staff from the deadly coronavirus, we request that you respond to the following questions:

**Home Confinement Program:** The Attorney General's Memorandum laid out discretionary factors to be considered when assessing an individual's eligibility for home confinement and called for BOP officials to make broad, extensive use of the program for all eligible individuals. It remains to be seen, however, whether federal prisons have implemented the program as Congress and the Attorney General intended.

1. On November 9, 2020, you estimated that between April 16 and November 9, 2020, FCI Fort Dix had released approximately 97 people to home confinement under the CARES Act. At the time, this constituted less than 3.5% of the total incarcerated population at FCI Fort Dix, which is a low and minimum security prison. Among the 97 released individuals, 66% were white, 29% were Black, 3% were Asian, 2% were Native American. According to information from BOP, the overall makeup of the population of FCI Fort Dix is 51% white, 47% Black, 1% Asian, and .4% Native American. How do you explain these discrepancies?

2. How many individuals are currently eligible to be transferred to home confinement?

3. In your assessment of an individual's eligibility for release under the home confinement program, you mentioned that factors such as disciplinary history, PATTERN score, and their living conditions upon release weigh into your decision. Please share the underlying offense for every individual denied release, as well as their disciplinary history, PATTERN score, and their stated living condition upon release anonymized to protect the privacy of incarcerated individuals.

4. How many individuals at FCI Fort Dix are ineligible for home confinement?

5. You informed our office that 1,036 incarcerated individuals have a "history of violence", and 588 have an "instant offense of violence". Please provide an explanation for both terms and the difference between the two. How does your facility weigh these classifications for purposes for determining eligibility for home confinement?

5. I understand that you received a list from BOP of individuals to initially screen for home confinement.

   a. How many individuals were on that list?

b. How many of those individuals were approved for home confinement?

c. How many of those individuals were denied transfer to home confinement?

d. What is the process for an individual to appeal their denial for home confinement?
e. How many initial applicants that were rejected appealed?

f. What is the success rate on appeal?

6. What is the process for any individual who feels they may be eligible for home confinement, but was not included on the initial list provided by BOP?

7. We have heard from constituents at FCI Fort Dix that it could take months to be approved and then transferred to home confinement. On average, how much time does it take to identify, review, and release an individual under the home confinement program?

8. How many individuals at your facility have been transferred to home confinement from March 2020 until the present?

    a. How many individuals have been denied home confinement during that period? Please provide our offices with a report on the age, race, and offense(s) of the individuals who were denied home confinement.

9. Are individuals who are transferred to home confinement provided with reentry resources to connect to local agencies and nonprofits? If so, please provide additional details on what resources are provided to individuals transferred to home confinement.

**Medical Care at FCI Fort Dix:** The Centers for Disease Control and Prevention guidance says to avoid large gatherings and social distance, however, the conditions of confinement do not allow incarcerated individuals to engage in many of the recommended precautions necessary to propery protect themselves. In fact, we know that individuals are grouped in cohorts that could include hundreds of people in close proximity to each other throughout the day. Due to the ease and speed with which COVID-19 can spread, we must ensure that facilities are safe and clean for those who aren't released to home confinement. For those individuals who have tested positive for the virus and require medical care, we have serious concerns about whether the medical care available on-site can adequately treat this complex virus.

1. How often do incarcerated individuals and staff receive new PPE?

2. What is the protocol at your facility to ensure that there is enough PPE, hand sanitizer, and soap for individuals and staff?

3. How much PPE do you currently have in stock?

4. Has FCI Fort Dix taken measures to allow for proper social distancing and minimization of contact between groups of incarcerated indviduals in line with CDC guidance?

5. On a prior call with some of our staff, you mentioned dormitory style arrangements on each floor that grouped individuals into cohorts. Some floors house about 100 individuals, while other floors could have as many as several hundred individuals.

   a. Please elaborate on this set-up in more detail.

   b. At the present time, how many cohorts of individuals are on each floor, in each compound?

6. What are you doing to ensure that all individuals in cohorts are COVID-19 negative?

   a. What is the procedure for re-testing individuals in cohorts for COVID-19?

7. What is your procedure for quarantining individuals who have tested positive for COVID-19?

   a. Please describe the space and conditions in which COVID-19 positive individuals are isolated.

   b. Are individuals under medical isolation placed in the segregated housing units? If so, how are you ensuring that medical isolation is *operationally and noticeably distinct* from those who are placed in segregated housing units?

   c. How often do individuals in medical isolation have access to medical staff?

8. Please describe the types of treatments and care available to individuals who have tested positive for COVID-19.

   a. Are they treated on site or are they transferred to an outside treatment center? If they are transferred to an outside treatment center, please detail where individuals are transferred to?

   b. If an individual experiences symptoms (e.g., low oxygen levels) that may require critical care, are they treated on site or transferred to a local hospital?

   c. What kind of drugs are administered to incarcerated patients who are suffering from COVID-19?

   d. Are local officials provided updates on conditions within the facility to ensure public safety? If so, please describe how often and what kind of information is shared and with whom.

This pandemic is challenging for us all, including those who are incarcerated and their loved ones. We urge you to use your authority to transfer individuals who are at risk of suffering complications from the virus to home confinement.

Thank you for your time and consideration. We look forward to your prompt attention to this matter.

Sincerely,

Cory A. Booker
United States Senator

Robert Menendez
United States Senator

# EXHIBIT 2E

# Congress of the United States
## Washington, DC 20515

December 8, 2020

Mr. Michael Carvajal
Director
Federal Bureau of Prisons
320 First Street N.W.
Washington, DC 20534

Dear Mr. Carvajal,

We write today to again share our serious concerns regarding the Bureau of Prison's (BOP's) response to the ongoing COVID-19 outbreak at FCI Fort Dix, and to follow up with additional questions. In particular, we are deeply alarmed that BOP lifted the transfer moratorium for FCI Fort Dix on November 24, 2020. By resuming transfers of incarcerated individuals into and out of the facility in the midst of a severe outbreak, BOP is putting at risk the lives of both staff and incarcerated individuals. We urge you to reinstate the transfer moratorium for FCI Fort Dix until there are no active cases at the facility.

In light of these concerns, we respectfully request that BOP provide detailed answers to the following questions no later than Monday, December 14, 2020.

1. On November 24, 2020, BOP lifted the moratorium on transferring incarcerated individuals in and out of FCI Fort Dix despite the still-growing outbreak at the facility at that time. To reiterate the request from our previous letter, will BOP commit to halting all transfers of incarcerated individuals to FCI Fort Dix until the current COVID-19 outbreak at the facility has ended and there are no active cases among incarcerated individuals or staff? If not, please explain why BOP will not make such a commitment.

2. During the month of November, the number of COVID-19 cases among incarcerated individuals and staff at FCI Fort Dix spiked to more than 300. In light of the failure to contain the spread of COVID-19 at FCI Fort Dix during this most recent and still ongoing outbreak, has BOP updated infection control protocols, including protocols related to personal protective equipment, cleaning, testing, or the movement of incarcerated individuals? If not, please explain why BOP has not updated such protocols.

3. In the Attorney General's memo on April 3, 2020, he instructed BOP to prioritize home confinement for incarcerated individuals in facilities with the most severe outbreaks. In light of the severe ongoing outbreak at FCI Fort Dix, is BOP currently screening incarcerated individuals at FCI Fort Dix for potential home confinement? If not, when will BOP begin doing so?

4. In various media reports,[1] incarcerated individuals have alleged that FCI Fort Dix is not providing sufficient medical treatment to individuals infected with COVID-19. Please respond to these reports.

5. Please provide a detailed summary of BOP's current plans for allocating and administering COVID-19 vaccines for staff and incarcerated individuals. How does BOP plan to prioritize vaccines when limited supplies are available?

6. When an incarcerated individual at FCI Fort Dix tests positive for COVID-19, are they still able to communicate with family members? If not, please explain the rationale behind such a policy.

7. Please provide a detailed summary of how conditions have changed for incarcerated individuals at FCI Fort Dix during the current COVID-19 outbreak. For example, what facilities are now closed to incarcerated individuals at FCI Fort Dix? What resources are unavailable to incarcerated individuals? Are any additional resources available to incarcerated individuals?

8. We have heard reports that the heat is not functioning in all facilities at FCI Fort Dix that are currently housing incarcerated individuals. Is this accurate, and if so, what is BOP doing to ensure an appropriate climate inside the facility?

Thank you for your prompt consideration of this urgent matter.

Sincerely,

Robert Menendez
United States Senator

Cory A. Booker
United States Senator

Frank Pallone, Jr.
Member of Congress

Bill Pascrell, Jr.
Member of Congress

Donald M. Payne, Jr.
Member of Congress

Donald Norcross
Member of Congress

---

ps://gothamist.com/news/240-prisoners-sick-with-covid-inside-fort-dix-prison

# EXHIBIT 2F

# Warden at N.J. federal prison reassigned amid massive COVID outbreak

Updated Feb 01, 2021; Posted Feb 01, 2021

**By** Joe Atmonavage | NJ Advance Media for NJ.com

The top prison official at Fort Dix federal prison — where more than half the inmate population has tested positive for COVID-19 and one inmate has died from the virus — is no longer overseeing the facility, NJ Advance Media has learned.
David Ortiz, the prison's former warden, has been temporarily reassigned to the Bureau of Prisons' (BOP) northeast regional office, which is an administrative office in Philadelphia, a BOP spokesman said Monday.

"While we do not comment on specific personnel matters, we can tell you that a number of decisions have been made during the pandemic based on the BOP's correctional needs as well as other factors such as family, medical, and other concerns," Justin Long said when confirming Ortiz's absence from the prison.

Long said Ortiz started his new role Monday. He did not comment on if Ortiz is expected to return to his role as warden at Fort Dix in the future. Ortiz could not be reached for comment.

There has been increased scrutiny on Ortiz and the BOP from New Jersey's Democratic congressional delegation after the number of cases spiked significantly at the Burlington County prison in recent months. Nearly 1,500 inmates have tested positive for the virus, the most of any other facility in the federal system, according to the BOP.
"The conditions at facilities in New Jersey, specifically your facility, have grown increasingly worrisome," U.S. Sens. Cory Booker and Bob Menendez wrote to Ortiz on Jan. 12. "We are still very concerned for the safety and well-being of individuals behind bars in New Jersey and across our country."

Inmates and their families have also expressed concern to NJ Advance Media, and federal judges, over the handling of the virus at the prison, alleging there is inadequate testing, a lack of medical care and officials are not properly isolating positive inmates.
"The Bureau of Prisons is committed to ensuring the safety of all inmates in our population, our staff, and the public," said Long, the BOP spokesman. "Over the past year, the BOP has worked hard to prevent, contain, and mitigate the spread of the global pandemic."

However, Ortiz told inmates in April that social distancing would be near impossible at the prison.

# EXHIBIT 2G

# Fort Dix, With Most COVID Cases Among Prisons, Sees 1st Death

Fort Dix has had the highest number of coronavirus cases among federal prisons. Now, an inmate who was at-risk has died.



Fort Dix has had the highest number of coronavirus cases among federal prisons. Now, an inmate who was at-risk has died. (Image via Shutterstock)

BURLINGTON COUNTY, NJ — A federal prison in South Jersey that has been seen the highest number of coronavirus cases of any facility in the country saw its first fatality last week, officials announced.

Myron Crosby, a 58-year-old at-risk inmate at the Fort Dix Federal Correctional Institution in Burlington County, died on Friday after being hospitalized with the coronavirus, according to the Federal Bureau of Prisons (BOP).
Crosby tested positive for the virus on Dec. 28. At that point, he was immediately placed in medical isolation, authorities said. On Jan. 7, he was taken to a local hospital to be treated for breathing difficulties, officials said. His health continued to decline, and he was pronounced deceased by medical staff on Jan. 22.



# Inmate at Fort Dix federal prison dies from COVID-19

**MICHAEL HILL, ANCHOR/CORRESPONDENT | JANUARY 25, 2021 |** CORONAVIRUS IN NJ

ACLU says he was denied compassionate release for chronic health conditions

An inmate at Fort Dix federal prison, identified as 58-year-old Myron Crosby by the Bureau of Prisons, has died from the coronavirus. It's the first COVID-19 death at the low-security prison where more than half of the inmates have tested positive for the disease since March. The ACLU says the Bureau of Prisons denied Crosby compassionate release for his chronic health conditions in October. He tested positive for the virus in late December, was admitted to a hospital on Jan. 7 with breathing difficulties and died last Friday.

Fort Dix logged nearly 800 active-positive cases earlier this month. The Bureau of Prisons says currently there are 73 COVID-19-positive inmates and 31 positive staff. Activists and family members have challenged these numbers.

RELATED: Families, advocates still worried about COVID-19 spread at Fort Dix prison

1,000 people who got infected [with the regular strain], roughly 10 would be expected to unfortunately die." But with the new strain, "for 1,000 people infected, roughly 13 or 14 people might be expected to die," The Associated Press quoted him as saying.

The Ocean County man who contracted the new strain was first tested on Jan. 6 after developing typical COVID-19 symptoms on Dec. 29.

State Health Commissioner Judith Persichilli said Friday that after the initial test showed signs of the variant, the specimen was sent to another lab for further testing, which confirmed the variant.

The man, who had no known exposure to someone who was sick, never required hospitalization for COVID-19 and has since recovered, Persichilli said.

The other case of the U.K. strain involved a child who visited North Jersey. That person was first tested on Jan. 11 in New York City.

Persichilli did not cite the latest news from Britain and she noted that there is "no evidence that infections by this variant causes more severe disease."

Scientists continue to believe that the current crop of vaccinations are effective against the variant strain. Mutations are natural with any virus but unpredictable in their effects.

The first signs of the U.K. strain in the United States were reported in the last week of December in Colorado and Florida. This month, more have been reported in New York, Pennsylvania, Connecticut, Texas, Georgia and Florida.

Concerns about newly identified variants have triggered a spate of new travel restrictions around the world. Many countries have closed their borders to travelers from Britain, and the U.K. has halted flights from Brazil and South Africa. British Prime Minister Boris Johnson said there could be further restrictions.

New Jersey has recorded 18,754 COVID-19 deaths with another 2,121 possible deaths. Hospitals in the state have more than 3,300 COVID-19 patients, a number that has held steady since December.

EXHIBIT 2H

## MALE PATTERN RISK SCORING

| Register Number: | 04599 - 748 | Date: 2/26/2021 |
|---|---|---|
| Inmate Name: | CIANELLI, ARTHUR. | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| **1. Current Age** | > 60 | 0 | | 0 | |
| | 51-60 | 7 | | 4 | |
| Click on gray dropdown box to select, then click on dropdown arrow | 41-50 | 14 | 0 | 8 | 0 |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| **2. Walsh w/Conviction** | No | 0 | 0 | 0 | 0 |
| | Yes | 1 | | 0 | |
| **3. Violent Offense (PATTERN)** | No | 0 | 5 | 0 | 5 |
| | Yes | 5 | | 5 | |
| **4. Criminal History Points** | 0 - 1 Points | 0 | | 0 | |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | 0 | 8 | 0 |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| **5. History of Escapes** | None | 0 | | 0 | |
| | > 10 Years Minor | 2 | 0 | 1 | 0 |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| **6. History of Violence** | None | 0 | | 0 | |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | 2 | 3 | 2 |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| **7. Education Score** | Not Enrolled | 0 | | 0 | |
| | Enrolled in GED | -2 | -4 | -1 | -2 |
| | HS Degree / GED | -4 | | -2 | |
| **8. Drug Program Status** | No DAP Completed | 0 | | 0 | |
| | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | - 9 | -2 | -3 |
| | No Need | -9 | | -3 | |
| **9. All Incident Reports (120 months)** | 0 | 0 | | 0 | |
| | 1 | 1 | 1 | 1 | 1 |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| **10. Serious Incident Reports (120 months)** | 0 | 0 | | 0 | |
| | 1 | 2 | 0 | 2 | 0 |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| **11. Time Since Last Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 2 | 0 | 1 | 0 |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| **12. Time Since Last Serious Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 1 | 0 | 1 | 0 |
| | 3-6 months | 2 | | 2 | |
| | <3 | 3 | | 3 | |
| **13. FRP Refuse** | NO | 0 | 0 | 0 | 0 |
| | YES | 1 | | 1 | |
| **14. Programs Completed** | 0 | 0 | | 0 | |
| | 1 | -2 | 0 | -1 | 0 |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| **15. Work Programs** | 0 Programs | 0 | | 0 | |
| | 1 Program | -1 | 0 | -1 | 0 |
| | >1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | | General: | - 7 | Violent: | 3 |
| **General/Violent Risk Levels** | | General: | MIN | Violent: | MIN |
| **OVERALL MALE PATTERN RISK LEVEL** | | | | | |

PPG6

FTDDC  606.00 *       MALE CUSTODY CLASSIFICATION FORM    *     02-16-2021
PAGE 001 OF 001                                                 06:40:08

(A) IDENTIFYING DATA

REG NO..: 04599-748            FORM DATE: 02-16-2021            ORG: FTD
NAME....: GIANELLI, ARTHUR

                              MGTV: NONE
PUB SFTY: GRT SVRTY           MVED:

(B) BASE SCORING

DETAINER: (0) NONE              SEVERITY.......: (7) GREATEST
MOS REL.: 44                  ✳ CRIM HIST SCORE: (00) 1 POINT
ESCAPES.: (0) NONE             VIOLENCE.......: (2) > 15 YRS SERIOUS
VOL SURR: (0) N/A              AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

(C) CUSTODY SCORING

TIME SERVED.....: (5) 76-90%      PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD      ✳ TYPE DISCIP RPT: (5) NONE
✳ FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD

--- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
 +9  +21    -5       +4        LOW*         N/A            IN     DECREASE*


G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED


✳ TAKE PARTICULAR NOTE

REGNO..: 04599-748 NAME: GIANELLI, ARTHUR


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-03-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-31-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN.........: 10-07-2009
TOTAL TERM IN EFFECT...........:  271 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   22 YEARS       7 MONTHS
EARLIEST DATE OF OFFENSE........: 05-18-2000

JAIL CREDIT....................:  FROM DATE      THRU DATE
                                  01-06-2005     01-11-2005
                                  05-18-2005     07-11-2005
                                  09-19-2005     10-06-2009

TOTAL PRIOR CREDIT TIME.........: 1540
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1219
TOTAL GCT EARNED................: 810
STATUTORY RELEASE DATE PROJECTED: 10-16-2024
ELDERLY OFFENDER TWO THIRDS DATE: 08-08-2020
EXPIRATION FULL TERM DATE.......: 02-17-2028
TIME SERVED.....................:   15 YEARS       6 MONTHS      28 DAYS
PERCENTAGE OF FULL TERM SERVED..: 68.9
PERCENT OF STATUTORY TERM SERVED: 80.9
```

G0002        MORE PAGES TO FOLLOW . . . .

FTDDC 540*23 *        SENTENCE MONITORING       *    02-16-2021
PAGE 001   *        COMPUTATION DATA       *    06:43:00
                    AS OF 02-16-2021

REGNO..: 04599-748 NAME: GIANELLI, ARTHUR

FBI NO..........: 99360HC4        DATE OF BIRTH: ~~XXXXXXX~~7 AGE: 63
ARS1............: FTD/A-DES
UNIT............: UNIT 5711        QUARTERS.....: C02-111L
DETAINERS.......: NO            NOTIFICATIONS: NO

✳ HOME DETENTION ELIGIBILITY DATE: 04-16-2024

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
✳ THE INMATE IS PROJECTED FOR RELEASE: 10-16-2024 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 1: 05 CR 10003 - 001
JUDGE...........................: GORTON
DATE SENTENCED/PROBATION IMPOSED: 10-07-2009
DATE COMMITTED..................: 11-17-2009
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

              FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.: $32,400.00     $00.00       $00.00     $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO     AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 545    18:1962 RACKETEER (RICO)
OFF/CHG: 18:1962(C)(D)RACKETEER CONSP(CT1-2)18:1955ILL GAMB BUS(CT3,4)
       18:1084USE WIRE COMM FAC(CT6-7)18:1956(H)(A)(1)(B)(I)MONEY LAU
       (CT10-272,284-329)18:371,18:844CONSP ARSON/FIRE/EXPL(CT273-275
       18:1951EXTORT(CT276-283)18:894EXTORT CREDIT(CT512-519).

SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:  271 MONTHS
TERM OF SUPERVISION.............:   36 MONTHS
DATE OF OFFENSE.................: 05-18-2000

G0002      MORE PAGES TO FOLLOW . . . .