# United States Court of Appeals
## For the First Circuit

No. 21-1302

UNITED STATES,

Appellee,

v.

ARTHUR GIANELLI,

Defendant - Appellant.

Before

Howard, <u>Chief Judge</u>,
Lynch and Kayatta, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: October 28, 2021

      Defendant appeals from the district court's denial of his request for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (permitting a reduction in term of imprisonment for "extraordinary and compelling" reasons). After careful review of the record and the parties' submissions, we conclude that the district court did not abuse its discretion when it denied the motion. <u>See</u> <u>United States</u> v. <u>Saccoccia</u>, 10 F.4th 1 (1st Cir. 2021) (standard of review). Accordingly, the government's motion for summary disposition is granted and the district court's order of denial without prejudice is affirmed. <u>See</u> 1st Cir. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Arthur Gianelli, Donald Campbell Lockhart, Kristina E. Barclay, Joseph Wheatley, Fred M. Wyshak III